ORIGINAL

*Judge Hellerstein* [stamp]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | NOTICE OF INTENT TO <u>FILE AN INFORMATION</u> |
| -v.- | : | |
| DOMINICK COLASUONNO and PHILIP COLASUONNO, | : | 07 Cr. _____ (_____) |
| Defendants. | : | **07 CRIM. 555** |

- - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that the United States Attorney's Office will file an information upon the defendants' respective waivers of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         June _6_, 2007

                        MICHAEL J. GARCIA
                        United States Attorney

              By:       _____
                        Daniel W. Levy
                        Assistant United States Attorney

AGREED AND CONSENTED TO:

_____
Alan S. Futerfas, Esq.
Law Offices of Alan S. Futerfas
Attorney for Defendant Dominick Colasuonno

AGREED AND CONSENTED TO:

_____
Richard W. Levitt, Esq.
Law Offices of Richard Ware Levitt
Attorney for Defendant Philip Colasuonno

[stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6/6/07]

6/6/07  WHEEL A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | NOTICE OF INTENT TO <u>FILE AN INFORMATION</u> |
| -v.- | : | |
| | | 07 Cr. \_\_\_\_\_ (\_\_\_\_\_) |
| DOMINICK COLASUONNO and PHILIP COLASUONNO, | : | |
| | : | |
| Defendants. | | |
| | : | |

- - - - - - - - - - - - - - - - -x

      PLEASE TAKE NOTICE that the United States Attorney's Office will file an information upon the defendants' respective waivers of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            June \_\_\_, 2007

                MICHAEL J. GARCIA
                United States Attorney

        By:    _____
                Daniel W. Levy
                Assistant United States Attorney

                AGREED AND CONSENTED TO:

                _____
                Alan S. Futerfas, Esq.
                Law Offices of Alan S. Futerfas
                Attorney for Defendant Dominick Colasuonno

                AGREED AND CONSENTED TO:

                _____
                Richard W. Levitt, Esq.
                Law Offices of Richard Ware Levitt
                Attorney for Defendant Philip Colasuonno

Case 1:07-cr-00555-AKH    Document 1    Filed 06/06/2007    Page 3 of 3