UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,            :    WAIVER OF INDICTMENT

         -v.-                        :    07 Cr. _____ (AKH)

DOMINICK COLASUONNO, et al.,
                                          07 CRIM 555
              Defendants.

- - - - - - - - - - - - - - - - - -x

     The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, and Title 26, United States Code, Section 7206(2), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:    New York, New York
          June 18, 2007

                                   _____
                                   Dominick Colasuonno
                                   Defendant

                                   _____
                                   Witness

                                   _____
                                   Alan S. Futerfas, Esq.
                                   Attorney for Defendant
                                   Dominick Colasuonno

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 18 2007

Judge Hellerstein