GOVERNMENT
EXHIBIT
130
S1 05 Cr. 1110 (AKH)(D)

## CREDIT FACILITY REVIEW - CHECK CASHERS

### (000's Omitted)

GES # 000641936000                                          File Name: **Prima**

| | | |
|---|---|---|
| **NAME:** | **Prima Check Cashing, Inc.** | **DIVISION:** Small Business Financial Services |
| **GROUP:** | **Individual** | |
| **ADDRESS:** | **44 North Saw Mill River Road** | **LENDING UNIT: Risk Management** |
| | **Elmsford, NY 10523** | **Check Cashers Dept.** |
| | | **ACCOUNT SINCE:** 8/31/88 |
| **BUSINESS:** | **Check Casher** | **BUSINESS STARTED:** 3/1/89 |
| **SIC CODE:** | **6099** | **Review Date:** 5/8/02 |

**CMB Maximum Exposure for Approval : $5,638**    **PB/Guarantor Primary Exposure:**
**CMB Family Maximum Primary Exposure:**          CPB Primary Exposure: **$5,238**
                                                  Guarantors Direct Debt: **$  460**

**FACILITIES:**                                                    **RATE:**

DIRECT EXPOSURE:
Establish:
Report:    **FiveYear term loan. Orig. Amt. $3,500M.  Current O/S $3,238M**    P + 2.5 %
Review:    **O/P Line i/a/o $2,000M**                                          P + 3%

SETTLEMENT EXPOSURE:
Establish:
Review:

**Top Tier Banks: JPMorgan Chase Bank**

CREDIT RESPONSIBILITY FAMILY MEA:

| | | | |
|---|---|---|---|
| Michael Dupliak, VP | 6+/6+    6/28/02 | Previous Review Dated: **5/01** |
| | Grade      Date | |
| Peter Grassi, VP | 6+/6+    7/8/02 | This Review Expires:    **4/30/03** |
| | Grade      Date | |
| Robert Streb, VP | 6+/6+    8/1/02 | Previous Credit Grade:    **8-8** |
| | Grade      Date | Credit Grade This Review:  6+/6+ |
| Jerry Weiss, SVP | 6+/6+    8/6/02 | |
| | Grade      Date | |

CCD Income:  **$ 475M ('01)**
CCD ROE:      17.2%

SENIOR OFFICER COMMENTS: GET UPDATED  6 MOS. COMPILATION  AND  YRLY
STATEMENTS  GOING  FORWARD (CPA PREPARED).  (2002)

Submitted to Loan Review Committee on -

NOTE:  This Review is accompanied by a Ratio Sheet on Page 3, Spread Sheets, and Analysis Write-up

8-16-02
3/6

CONFIDENTIAL
JPMC 018889

CHECK CASHER CREDIT FACILITY REVIEW
Page 2

## INDIVIDUAL

### FAMILY EXPOSURE
(000's Omitted)

Name:   **Prima Check Cashing, Inc.**                          Review Date:   **5/8/02**

|  |  |  |  |  | Borrowers Gross Fee Income* | Account Balances |
|---|---|---|---|---|---|---|
| | ------ | **Primary Exposure** | ----- | | | |
| Name of Account | O/P | BIL | Pers. | TOTAL | | |
| Prima Check Cashing, Inc. | $2,000 | $3,238 | | $5,238 | $5,419 | $(2,306) |
| Colas./HMtges. | | | $460 | 460 | | |
| **Total** | $2,000 | $3,238 | $460 | $5,638 | $5,419 | Bus$(2,306) |

\* **Gross Fee Income is the total annual fee income generated by the check casher. This is used by the industry as a basis to estimate the value of a check casher business. The industry valuation is currently 1 to 1.5X Gross Fee Income.**

\*\* **Derived from the Bank's DDA System**

CONFIDENTIAL
JPMC 018890

Kisk Grade_calculator                                        http://mosaic-prod.ny.jpmorgan.com:8000/rSummary.jsp?cmd=

## FACILITY RISK GRADING WORK SHEET

| CUSTOMER NAME | PRIMA CHECK CASHING CORP. | FAC.ID | 600137976 | | CURR | USD - US DOLLAR |
|---|---|---|---|---|---|---|
| CUSTOMER UCN | 000641936000 | AMOUNT | 2000 | | FRU UNIT | |
| ULTIMATE PARENT | | LAST DRAW | 04/30/2003 | | S&P | |
| ULTIMATE PARENT UCN | | DOMICILE | U.S.A. | | MOODY'S | |
| INDUSTRY GROUP | NONCLASSIFIABLE ESTAB | TENOR | One Day Loan | | KMV | |
| TYPE | LINE-ADVISED | GCR UNIT | 2739/Check Casher Dept | | FITCH | |
| AVAIL.AT | New York | CRC Unit | 2739/Check Casher Dept. | | GES | |

## STEP 1 STAND ALONE GRADE

### STEP-1A OBLIGOR STAND ALONE ATTRIBUTES

| Grading Methodology | Commercial & Industrial |
|---|---|
| Industry Risk | Moderate Risk |
| Industry Tier | Tier I |
| Magnitude,Quality & Trend of Cash Flow/Earnings | 4 Adequate |
| Balance Sheet Quality | 5 Moderate Risk |
| Debt Capacity & Financial Flexibility | 6 Marginal |
| Management Control & Op. Efficiency | 3 Strong |
| Contingencies | 4 Adequate |
| Comments | Industry leader Good cash flow EBITDA $1MM + Continued operating profits $ 670M-$180 RertainedDebt Capacity marginal due or $ 3MM + BIL More than sufficient EBITDA coverage for our BIL |

                                                                           STEP 1A GRADE  6+

### STEP-1B: FINANCIAL REPORTING CONSTRAINTS - ( NOT APPLICABLE )
### STEP-1C LOCAL CURRENCY SOVEREIGN GRADE OF OBLIGOR's COUNTRY OF DOMICILE - ( NOT APPLICABLE )

### STEP 1 STAND ALONE GRADE: 6+

## STEP 2 OBLIGOR GRADE

### OBLIGOR GRADE = STAND ALONE GRADE ( APPLICABLE)
### STEP 2A-OWNERSHIP/GENERAL SUPPORTS ( NOT APPLICABLE)
### STEP 2B-IMPORTANCE/REGULATORY (NOT APPLICABLE)
### GRADE OUTLOOK INDICATOR

| Outlook | Positive |
|---|---|
| Outlook Description | Company`s turn-around well under way. Retained profits -increased C/F and W/C. Leverage down volume up all ratios improved. Trend expected to continue improving |
| CREATED BY | Name: Michael Dupnak GID : 238350 Date: 06/27/2002 |
| APPROVING OFFICER | Name: Peter Grassl GID : 089251 Date: 06/27/2002 |

### STEP 2 OBLIGOR GRADE: 6+

## STEP 3 DEFAULT GRADE

### DEFAULT GRADE = OBLIGOR GRADE  (APPLICABLE)

| Sovereign Ceiling on Parent Support provided in Step 2A: | N/A |
|---|---|

### STEP 3A and 3B UNCONDITIONAL GUARANTEES & OTHER THIRD PARTY UNDERTAKINGS AND CROSS BORDER SOVEREIGN CEILING - (NOT APPLICABLE)

#### UNCONDITIONAL GUARANTEE

| GUARANTOR NAME | UCN | OBLIGOR GRADE | DOMICILE | % USED FOR RISK | RELATED | SOVEREIGN | APPLICABLE COUNTRY GRADE | RESULTANT GRADE | ADJ RESULTANT GRADE |
|---|---|---|---|---|---|---|---|---|---|
| UNSUPPORTED | | | | 0.0 | | | N/A | | |

Rationale for Adjusted Resultant Grade

Grade reflecting Unconditional Guarantee &/or Cross Border Sovereign Ceiling

#### OTHER THIRD PARTY UNDERTAKING

| SUPPORT NAME | UCN | OBLIGOR GRADE | DOMICILE | TYPE | APPLICABLE COUNTRY GRADE | BEST POSSIBLE GRADE | RESULTANT BEST POSSIBLE GRADE |
|---|---|---|---|---|---|---|---|
| Comments | | | | | | | |

                                                      STEP 3A & 3B DEFAULT GRADE -

### STEP 3C REGULATORY CLASSIFICATION - (NOT APPLICABLE)

                                                      STEP 3C DEFAULT GRADE -

### STEP 3 DEFAULT GRADE -  6+

## STEP 4 LOSS GIVEN DEFAULT: MIDDLE MARKET

1 of 2

CONFIDENTIAL
JPMC 018891

7/2/02 9:13 AM

http://mosaic-prod.ny.jpmorgan.com:8000/rSummary.jsp?cmd=

| LGD for Facility: | 35.0% Enterprise Value (Blanket Lien on all assets) or Unsecured |
|---|---|
| Comments | UCC-1 filings on locations-personal guarantees of principals. |

**STEP 4 LOSS GIVEN DEFAULT:  35.0% Enterprise Value (Blanket Lien on all assets) or Unsecured**

**STEP 5 FACILITY GRADE:**

| Derived Facility Grade | 6+ |
|---|---|
| Comments | Industry leader , good EBITDA in excess of $ 1MM, continued retained profits and increased C/F and W/C. |
| **CREATED BY** | **Name: Michael Dupnak GID : 238350  Date: 07/02/2002** |
| **APPROVING OFFICER** | **Name: Peter Grassl GID : 089251  Date: 07/02/2002** |

**STEP 5 FACILITY GRADE: 6+**

Export   Print   Back

**CONFIDENTIAL**
**JPMC 018892**

7/2/02 9:13 AM

CHECK CASHER CREDIT FACILITY REVIEW

Page 3

(000 Omitted)

| Name: **Prima Check Cashing, Inc.** | Review Date: **5/8/02** |
|---|---|

**Action:** **Report BIL & Re-Approve LOC**

**CMB MEA: Primary:**    $5,638

Expiration Date:    **4/30/03**
TIN #:    **13-3472958**
GES Account #:    **000641936**
CLAS Account #:    **625399**
BIL Account #: **00008043227951**
Marketable Collateral:    **None**
Total Subord. Debt:    **$1,066**

CCD Lines:    BIL
Direct Debt    **2,000**    **3,238**
Uncollected

Report H/P O/P Overline: **$6,000**    #Times Line Exceeded: **152**

## Key Financial Ratios

### Capital, Liquidity & Earnings

| Date | Capital Funds | Working Capital | Senior Liab. Cap. Funds | Salaries, Management Fees & Drawings | Profit After Taxes & Drawings |
|---|---|---|---|---|---|
| 12/31/99 | $2,471 | $294 | 334 % | $ 350 | $ 56 |
| 12/31/00 | $4,031 | $598 | 339 % | $ 196 | $ 367 |
| 12/31/01 | $ 4,226 | $1,389 | 283 % | $ 72 | $ 180 |

## Volume & Borrowing

| Date | Volume Checks Cashed | Average Daily Volume | Avg. O/P Borrowing Frequency | High Point O/P | Average Bank Uncoll. Usage |
|---|---|---|---|---|---|
| 12/31/99 | $ 338,139 | $ 1,301 | 97 % | $ 4,500 | $ N/A |
| 12/31/00 | $ 307,845 | $ 1,184 | 98 % | $ 7,000 | $(2,777 ) |
| 12/31/01 | $ 338,863 | 1,303 | 98 % | $ 6,000 | $(2,306) |

## Ratio Guidelines

| Date | O/P Line to Avg. Daily Vol. | O/P Line to Capital Funds | Credit Losses to $ Checks Cashed | $ Average Size Check Cashed |
|---|---|---|---|---|
| 12/31/99 | 2.3  X | 1.2  X | .13% | $ 379 |
| 12/31/00 | 2.5  X | 0.7  X | .09% | $ 350 |
| 12/31/01 | 1.5  X | 0.5  X | .07 % | $ 469 |
| Comment if over | 3X | 2X | .10% | |

CONFIDENTIAL
JPMC 018893

CHECK CASHER CREDIT FACILITY REVIEW

Page 4

Customer Profile

Review Date: **5/8/02**

| NAME: | **Prima Check Cashing, Inc.** | Phone #: **914-3472807** |
| | | FAX #: **914-3472919** |
| | Branch #**034** | Alternate Address: **Yes** |
| | A/C # **159-0617133-65** | |

PRINCIPALS, TITLE, AGE, & OWNERSHIP

| NAME | TITLE | AGE | % OWNED |
|------|-------|-----|---------|
| **Dominick Colasuonno** | **President** | **34** | **33 1/3** |
| **Philip Colasuonno** | **Secretary** | **50** | **33 1/3** |
| **Michael Colasuonno** | **Treasurer** | **54** | **33 1/3** |

| ACCOUNTANT: | ATTORNEY: |
|-------------|-----------|
| David J. Ambrose, CPA | **Corini & Weiss** |
| **1130 Highway 202** | **542 Main Street** |
| **Raritan, NJ 08869** | **New Rochelle, NY 10801** |
| Phone: **732-741-4999** | Phone: **(914) 235-0833** |

**NYSBDR RECEIVED?** Yes **X**    No    IF NO, REASON:

FISCAL STATEMENT DATE: **12/31/01**
AUDITED:   Clean Ctf. **X**   **Qualified Ctf.**      UNAUDITED:   **Review**      **Inception**      **Compilation**
QUALIFICATIONS (if any) -
INTERIM DATE:                          # of Months:

**CREDIT FACILITIES AT OTHER BANKS:**

None

**OTHER SERVICES PROVIDED BY CMB:**

Automated Currency Ordering, NG Fax Service, Personal Accounts

STORE LOCATIONS:

44 North Saw Mill River Rd., Elmsford, NY 10523

48 Gramatan Ave., Mt. Vernon, NY 10550

242 South Fulton Ave., Mt. Vernon, NY 10553

723 Burke Ave., Bronx, NY 10467

274 East 198th St., Bronx, NY 10458

29-20 Hoyt Avenue South., Astoria, NY 11102

471 Burnside Ave., Inwood, NY 11696 In process of relocating to 480 Rockaway Turnpike,

Lawrence,NY11559 (NYSBD Letter sent 3/21/02)

544 East Fordham Road, Bronx, NY 10458

1740 1st Avenue, New York, NY 10128

52-41 Van Dam St., LIC, NY 11101

1801 University Avenue, Bronx, NY 10453

94 East 161st Street, Bronx, NY 10451

302 Lenox Avenue, New York, NY 10027

JFK International Airport, Cargo Building 110, Jamaica, NY 11430

CONFIDENTIAL
JPMC 018894

CHECK CASHER CREDIT FACILITY REVIEW

Page 5

Legal & Other Information

| NAME:  **Prima Check Cashing, Inc.** | Review Date:  **5/8/02** |
|---|---|

**INSURANCE**
**E. Fordham Rd.**        **$750 Check Cashers/Cash in Transit/Crime Coverage including Fidelity.**
**All other locations**    **$500 Check Cashers/Cash in Transit/Crime Coverage including Fidelity.**

**Prima Check Cashing, Inc. and/or American Armored Car, Ltd.**
**"All Risks" Armored $50 Million per Vaulting Location**
**Car/Crime Coverage $50 Million per Vehicle - Transit**
**Air Courier               $5 Million Air Courier**
**Including Fidelity**

| LITIGATION CHECK  Date: 5/23/02 | **Experian** | Date: 4/30/02 | D & B: 4/30/02 |
|---|---|---|---|
| Yes **X**      No | Yes **X** | No | Yes **X**      No |
| COMMENTS: | | | |

**LEGAL DOCUMENTATION:**

GUARANTORS:

| Type | Name | Score | Date | Date / | Financials Liq/ | ONW |
|---|---|---|---|---|---|---|
| **GAL** | **Dominick Colasuonno** | **682** | **7/23/01** | **12/31/01** | **$150** | **$1,250** |
| **GAL** | **Rene Colasuonno** | **721** | **7/23/01** | **Joint with DominickColasuonno** | | |
| **GAL** | **Philip Colasuonno** | **625** | **7/23/01** | **12/31/01** | **$300** | **2,102** |
| **GAL** | **Josephine Colasuonno** | **674** | **7/23/01** | **Joint with Philip Colasuonno** | | |
| **GAL** | **Michael Colasuonno** | **712** | **7/23/01** | **12/31/01** | **$ 435** | **$ 1,687** |
| **GAL** | **Dorothy Colasuonno** | **734** | **7/23/01** | **Joint with Michael Colasuonno** | | |
| **Corp. GAL** | **Prima Leasing Ltd.** | | **7/23/01** | **.** | | |
| **Corp. GAL** | **Prima Realty, Inc.** | | **7/23/01** | | | |
| **Corp. GAL** | **Colasuonno & Colasuonno** | | **7/23/01** | | | |
| **Corp. GAL** | **American Armored Car Ltd.** | | **7/23/01** | | | |

SUBORDINATION AGREEMENTS: (See Below, Other Doc.)                    On Chase Manhattan Form,

| Name | Amount | Date | Demand Note Held by Us |
|---|---|---|---|
| **Michael Colasuonno** | **$388,412.66** | **7/23/01** | **Yes** |
| **Dominick Colasuonno** | **$388,412.66** | **7/23/01** | **Yes** |
| **Philip Colasuonno** | **$388,412.66** | **7/23/01** | **Yes** |
| **Castle Check Cashing Corp.** | **$300\*** | **8/1/90** | **No** |

• **This is a Declining Subordination Agreement paid out in a series of 120 promissory notes with each**
  **note for $3,964.51 (monthly) with interest at 10%p.a. due 8/1/00.  As of FYE 12/31/01, this**
  **obligation has been fully satisfied.**

| **COLLATERAL** (Give full description and value)      Valuation Date:                Total Value:  $ |
|---|

**July 2001**
**UCC-1 Filings on all locations with New York State.**
**and**
**May 2002**
**UCC-1 Filings on all locations with the  State of New York.**

**CONFIDENTIAL**
**ᴊJPMC 018895**

## ORIGINAL STOCK CERTIFICATES ON FILE FOR THE SHAREHOLDERS LISTED BELOW:

| ISSUE | SHAREHOLDER | STOCK CERTIFICATE# | No. of SHARES |
|---|---|---|---|
| Prima Check Cashing, Inc. | Dominick Colasuonno | 1 | 25 |
| Prima Check Cashing, Inc | Philip Colasuonno | 3 | 25 |
| Prima Check Cashing, Inc | Michael Colasuonno | 4 | 25 |

ORIGINAL PROMISSORY NOTE DATED 1/2/01 $2,275,213.00 PAYABLE TO PRIMA CHECK CASHING, INC. ASSIGNED BY AMERICAN ARMORED CAR, LTD.

## OTHER DOCUMENTATION:

Check Casher Agreement – 7/23/01
Carrier Agreement (American Armored Car, Ltd.) 7/23/01
General Loan and Collateral Agreement (Corporation)- 7/23/01
Security Agreement (General Purpose) - 7/23/01
General Loan and Collateral Agreement (Individual Dominick Colasuonno) – 7/23/01
Assignment Separate From Certificate (Dominick Colasuonno)
Pledge Agreement ( Check Casher) Dominick Colasuonno – 7/23/01
Corporate Resolution (Pledge) Dominick Colasuonno – 7/23/01
General Loan and Collateral Agreement (Individual Philip Colasuonno) – 7/23/01
Assignment Separate from Certificate (Philip Colasuonno) – 7/23/01
Pledge Agreement (Check Casher) Philip Colasuonno – 7/23/01
Corporate Resolution (Pledge) Philip Colasuonno – 7/23/01
General Loan and Collateral Agreement (Individual Michael Colasuonno) – 7/23/01
Assignment Separate from Certificate (Michael Colasuonno) – 7/23/01
Pledge Agreement (Check Casher) Michael Colasuonno – 7/23/01
Corporate Resolution (Pledge) Michael Colasuonno – 7/23/01
Pledge Security Agreement – 7/23/01
Assignment and Security Agreement – 7/23/01
Notice of Assignment & Acknowledgment and Acceptance – 7/23/01
Business Covenants Rider (Schedule of Business Covenants) – 7/23/01

DOCUMENTATION AND INFORMATION CHECKED BY:

_C. Velti_                    6/28/02

Name                         Date

CONFIDENTIAL
JPMC 018896

# CHECK CASHERS DEPARTMENT
# CREDIT REVIEW QUESTIONNAIRE

**NAME:** Prima Check Cashing, Inc.            **REVIEW DATE:**   5/8/02

**Is a new facility or line increase proposed with this review?**    YES      NO **X**

**Are the general financial and ratio trends up compared to the prior year?**    YES  **X**    NO

Please answer "Yes" or "No" to each question that follows. Each "No" answer requires an explanation. Questions with explanations usually indicate a negative trend, **and if several questions require an explanation it may indicate a deteriorating credit.** A summary and comments section follows the questionnaire.

1.  **Are volume and fee income steady or increasing?**    YES  **X**    NO

    Explanation:
2.  **Has working capital increased in the two most recent fiscal years?**    YES  **X**    NO

    Explanation:
3.  **Has the company reported a net profit after taxes and drawings for the two most recent fiscal years?**    YES  **X**    NO

    Explanation:

4.  **Have capital funds increased in the two most recent fiscal years?**    YES  **X**    NO

    Explanation:

5.  **Is leverage moderate (175%) or lower?**    YES      NO **X**
    **Is the trend consistent with or improved over the prior year?**    YES  **X**    NO

    Explanation: Leverage, while improving to 2.8X at FYE 12/31/01, is somewhat elevated as a function of increases due to Travelers Express ($3.4MM) and the recently advanced Chase term debt.

**CONFIDENTIAL**
**JPMC 018897**

CREDIT REVIEW QUESTIONNAIRE                                    Page 2
Name: **Prima Check Cashing, Inc.**          Review Date:    **5/8/02**

| 6. | Is the borrowing frequency below 75%? | YES | NO X |
|---|---|---|---|
| | Is the trend consistent with or improved over the prior year? | YES X | NO |

Explanation: Prima C/C reliance upon Bank debt financing is nearly "absolute" at 98%, its constant level for the last three years.

| 7. | Did the company avoid overlines during the year?<br>Explain any high or heavy overline use below | YES | NO X |
|---|---|---|---|
| | If an uncollected only account, was the company able to cover its working capital needs internally?<br>Explain below if the company showed a reliance on the Bank on the daily position sheet | YES | NO |

Explanation: Chase management approved 152 overlines for the year to a high point of borrowing of $6MM.

| 8. | Is the check casher in compliance with our ratio guidelines? | YES X | NO |
|---|---|---|---|
| | Are the ratio trends consistent with or improved over the prior year? | YES X | NO |

Explanation:

| 9. | Were all required financial statements received in a timely manner, and were they in the format required? | YES X | NO |
|---|---|---|---|
| | Are we satisfied with the quality of the financial reporting? | YES X | NO |
| | Is the same accountant on the books? | YES X | NO |

Explanation:

| 10. | For all individual guarantors, have we received recent personal financial statements completed on our form? For corporate guarantors, have we received appropriate corporate financial statements? | YES X | NO |
|---|---|---|---|
| | Are the guarantors net worths consistent with or improved over the prior year's? | YES X | NO |
| | Is there a guarantor with substantive net worth to support our exposure? | YES X | NO |

Explanation: Joint PFS disclosure for all guarantors is represented from a compilation prepared by the accounting firm of Philip Colasuonno & Co. Substantially all financial disclosures and schedules have been purposely omitted by the individuals.

CONFIDENTIAL
JPMC 018898

CREDIT REVIEW QUESTIONNAIRE                         5/8/02

11.  Is legal documentation current and complete?          YES  X     NO
     Is obligor in compliance with subordination           YES  X     NO
     agreements?

Explanation:

12.  Have current D & B, Trans Union, and other legal
     searches been received, and are they clear?           YES  X     NO

Explanation:

13.  Did this company avoid appearing on the monthly
     reports for the three months prior to this review?  If it was    YES        NO X
     on a report, indicate which one(s):

        Overline X        Neg. Balance          Ret. Items

Explanation


Total number of answers with explanations:  **This Review:**  5
                                            **Last Review:**  7


Use the section on the next page as a *summary* of the latest fiscal year, as an
update for interim statements, to expand upon items in the questionnaire, or to
explain any material changes that occurred to the company since the last credit
facility review.  Please *briefly* discuss any guarantors on whom we place strong
reliance as support for this credit, and list the account's key risks & mitigants as
part of your conclusion.


CONTINUED ON NEXT PAGE


CONFIDENTIAL
JPMC 018899

## CREDIT DEPARTMENT REVIEW

### Prima Check Cashing, Inc.

#### Business & Management

Under consideration is the re-approval of a $2,000M O/P line as well as the reporting of a term facility from Chase in the current amount of $3,238M. A five (5) year term loan in the original amount of $3,500M was advanced to Prima C/C in mid 2001 to help restore Prima C/C's working capital levels, previously depleted from the continual financial support provided to its affiliate, AAC. All payments for the term debt have been made according to terms and there is full compliance of all financial covenants governing the term loan. EBITDA calculation for 2001 of $1,239M is more than sufficient to amortize the company's debt obligation in the coming year.

Prima C/C, owned equally by Dominick (age 34), Philip (age 52) and Michael (age 54) Colasuonno, began operating as a check casher in March, 1989. It frequently operates under the trade-style name of ***American Check Cashing & Financial Services.*** It has experienced significant growth through the years, either through acquisition or internal expansion, with locations totaling fourteen (14) at present. Facilities are scattered throughout the metro area inclusive of Westchester County (the home of its corporate headquarters) as well as Manhattan, Queens, and Kings County and on Long Island. While owned equally by all three brothers, the day to day management is the responsibility of Dominick Colasuonno.

#### Affiliated Companies

The Colasuonno brothers also retain ownership in the following affiliated entities:

a) <u>Colasuonno & Colasuonno</u>: a management company providing administrative services to the operating companies.
b) <u>American Armored Car, Ltd. ("AAC")</u>: a provider of armored car transport for the check cashers and other outside entities such as City of New York, etc.
c) <u>American Gun & Uniform Supply</u>: a provider of guns and uniforms to AAC and outside entities.
d) <u>Prima Realty</u>: owner of real property at corporate headquarters on North Saw Mill Road in Elmsford, NY.
e) <u>Prima Leasing</u>: leasing entity for the operating entities.
f) <u>Monetary Systems Inc.</u>: a "shell" company responsible for the processing of in-house ATM transactions.

CONFIDENTIAL
JPMC 018900

**Prima Check Cashing Corp.**
**Page 2**

In addition to the above, Philip & Michael each own 40% of Philip Colasuonno &
Co., an accounting firm which is the primary employer of Philip and a 27% share
of Sares Travel, Inc.

### *Newly-acquired Personal Acquisitions*

Joint PFS disclosure as of 12/31/01 for all three shareholders reflects some
recently acquired personal investments inclusive of the following:

- **IGE, LLC**: each brother owns 4.25% of this entity with a individually stated
  value of $1,275M.
- **CCL Realty Holdings Ltd**: Philip, Michael and Dominick retain 25% share
  (each) in this entity valued at $100M.
- **American Compaction:** Dominick is the sole shareholder of this company
  valued at $300M.

At this time, the writer does not possess any additional information on the above
referenced entities. The account officer to follow for details.


### Bank Relationship

The Colasuonno family initiated its banking relationship with JP Morgan/Chase (via
MHT) in 8/88. Total exposure approximates $ 5,698M of which $5,238M represents
debt obligations( term debt and LOC facility) extended by Chase to the corporate entity
of Prima C/C. In addition, there are various personal debt obligations (credit cards,
residential mortgages) which have been extended to the Colasuonno brothers, totaling
$460M. CCI earned by Chase for this Group approximates $475M.

### Personal Financial Information

All three brothers and their respective spouses guaranty the Chase debt. As
such, to support these GAL's, we are in receipt of accountant prepared
compilation personal financial statements (by P.Colasuonno & Co.) dated
12/31/01.

- **Dominick & Rene Colasuonno** PFS reveals liquidity of $150M
  (principally cash and stocks) with ONW of $1,250M. Primary
  component is the 1/3 ownership in affiliated companies (stated value of
  $5,220M) and primary residence in Mt. Kisco valued at $750M with an
  outstanding mortgage of $375M. *[NOTE: Credit bureau reports*
  *prepared subsequent to the PFS disclosure show the possibility of a*

CONFIDENTIAL
JPMC018901

## Prima Check Cashing Corp
## Page3

- *new home purchase in Bedford Corners, NY. The account officer to follow.]* PFS also reflects ownership interest in IGE LLC, CCL Realty and American Compaction with an aggregate value of $1,675M. Also included is estimated tax liability of $2,000M. Credit bureau report dated 4/30/02 is satisfactory with a score of 638 (Dominick) and 721 (Rene) and all payments made as agreed.
- **Philip & Josephine Colasuonno** PFS reveals liquidity of $300M ($50M in cash; $250M in stock). Investment in affiliated companies exceeds $5.2MM. There are additional personal investments of $2.2MM inclusive of the accounting firm of P.C.& Co, IGE LLC, CCL Realty and Sares Travel. Real estate owned consists of **primary** residence in New Rochelle as well as ancillary rental property in New Rochelle and vacation condo in South Carolina valued at $2,520M with mortgages outstanding of $1,520M. With the inclusion of estimated tax liability of $2.5MM, ONW equals $2,102M. Credit bureau score is 625 (Philip) and 743 (Maria Josephine). All payments made as agreed.
- **Michael & Dorothy Colasuonno** PFS reveals liquidity of $435M ($150M in cash; $250M in stocks;$35M in CSVLI). Investment in affiliated companies mirrors that of Philip and real property consists of primary residence in White Plains and other homes in Florida as well as White Plains. Real property has an aggregate value of $1,500M with mortgage encumbrances totaling $1,050M. Tax liability is estimated at $2,500M yielding an ONW of $1,687M. Credit bureau report of 4/30/02 is satisfactory with score of 712 (Michael) and 734 (Dorothy) and all payments made according to term.

### FY Financial Analysis: 12/31/01

Total dollar volume increased approximately 10% from FY 2000 to $338,863M. As 2000 saw the complete elimination of EPFT activity, this improvement is directly attributed to gains in check cashing volume only. Total fee income rose nearly 7% from year to year and now stands at $5,762M for 12/31/01. Contributing factors include fees derived from core check cashing business (representing over 78% of the total income base for 2001) and money order transactions as well as non-operating income totaling $91M in fiscal 2001. The operating expense margin inched up slightly to just over 88% (vs. 85% in the prior period) with bank charges topping $597M for the year and noted other increases to office/general expenditures as well as auto/travel and professional fees. As such, the company recorded a slightly lower level of net profitability of $180M (vs. $367M in 2000) which was fully retained in equity.

The balance sheet is satisfactory with improvement in capital funds, working capital levels and its leverage position. C/F increased to $4,226M principally as a result of

CONFIDENTIAL
JPMC 018902

**Prima Check Cashing Corp.**
**Page 4**

earnings retention of $180M for the year. Similarly, with the aforementioned retention of profit, leverage declined to 2.8X from the previous level of 3.4X despite the inclusion of the recent Bank term debt advanced in late 2001. W/C levels increased to $1,389M (vs. ($598M in the prior year). Various factors contributed to this improvement inclusive of profit retention, the infusion of Bank term debt and a reduction in the affiliated loan from AAC. ***Also, during the preparation of the fiscal 2001 financials for Prima C/C, it was determined that nearly $3.9MM had been "mis-classified" on the company's balance sheet. From discussions with the accountant, Dave Ambrose and representatives from the company, the writer was told that Prima C/C 's fixed assets had been understated by $3.9MM, representing leaseholds and equipment and fixtures financed by Prima C/C during the White Plains renovation. As such, the loan receivable from AAC due Prima was overstated by approximately $1.2MM as was the cash exchange account by about $2.7MM. Prima C/C is now recording depreciation on the increased amount of fixed assets and the net "paydown" by AAC of its receivable due Prima C/C is actually $444M for the year. All parties maintain that the 2001 financial presentation is an accurate representation of the company's financial condition.***

NOTE: Prima C/C is in full compliance with the NYSBD TNW requirement for all fiscal periods highlighted.

**Conclusion & Recommendation**    *dd methodology*

This obligor is currently risk rated 8. Over the recent past, there had been discussions between the Colasuonno brothers and JP Morgan Chase to discuss appropriate courses of action to continue to insure Prima's growth and expansion plans while mitigating inherent risk to the Bank. A major issue centered around the 'separation" of Prima C/C from its affiliate AAC of which it had provided continual support, thus draining its own financial capabilities. It would appear that this issue has been satisfactorily addressed by Prima's management and the financial results for 2001 support this fact.

Prima C/C is a highly viable check cashing entity demonstrating its ability to continue to grow its revenue base and internally manage its bottom line

CONFIDENTIAL
JPMC 018903

## Prima Check Cashing Corp.
## Page 5

profitability.  Its financial condition is fundamentally sound and improving.
Management has been keenly aware of the Bank's position and has
worked amicably with the Bank toward a mutually acceptable solution.

new grade 6+

 As such, the writer recommends re-approval of the O/P line i/a/o
$2,000M, at an upgraded risk rating of 7 with the possibility of a further
upgrade to 6, predicated upon receipt and review of the company's interim
results and subject to the following:

1.  Update all documentation, currently dated 11/94 and obtain new GAL
of Rene Colasuonno.
2.    Follow on subordinated debt amount and concurrently, update
       subordination agreements.
3.    Review UCC-1 /litigation searches of 5/23/02 to ensure the Bank's
       perfected filings.
4.    Follow for details of the personal investments noted contained in this
       analysis.

                         Prepared by:   Anne Marie Stefanucci
                         Date:             6/26/02

### *Response*

1. All documentation was updated on 7/23/01 and Rene Colasuonno's GAL dated
7/23/01 is on file.
2. All subordination agreements I/A/O $ 388,412.66 on file and dated 7/23/01.
3. UCC-1 filings are in place on all Prima's locations.
4. Personal investments are as follows
* IGE,LLC Stored Value Product, no cash lay out by principals , that is supported by
1st Data Corp.,Western Union and 1st Bank of St. Louis.
        * CCL Realty Holding set up for new building housing the Accounting firm of
Philip Colasuonno & Co. Building funded by the Accounting firm.
        * American Compaction set up by Dominick Colasuonno to pick up the garbage
of AAC and Prima C/C. Company has one leased truck.

This group is a true " Family " business with the three brothers owning stock in all the
various businesses.

Michael Dupnak,VP

CONFIDENTIAL
JPMC 018904

## *Prima Check Cashing Corp.-Addendum*

We have received the company's 3/31/02 I & E-report. As of 3/31/02 fee income of $1,537M was reported against expenses of $ 1,441M resulting in an operating profit of $ 96M after depreciation and amortization of $ 125M and interest expense of $119M. EBITDA as of 3/31/02 is $ 340M. Projecting out to year end 2002 fee income projects to $ 6,148M (a 6.6% projected increase from the prior year) while expenses project to $ 5,764M a 3.2% increase from the prior year. Projected profits after depreciation, amortization and interest expense projects out to $ 384M. Year-end 12/31/02 projected EBITDA is at $ 1,360M more than adequate to cover out term loan.

The company's " turn-around " is well under way and we continue to see improvement. The 12/31/01 F/S reflects increased volume and income and retained profits. All ratios have improved and we expect this improving trend to continue. The 3/31/02 I & E support the improving trends. We recommend an improvement in risk grade to a 6+/6+.

Michael Dupnak,VP

CONFIDENTIAL
JPMC 018905

|  | **Name:** | **Prima Check Cashing Corp.** |
|--|-----------|-------------------------------|
|  | **Spread Preparation Date:** | **June 27, 2002** |

| (000's Omitted) | Balance Sheet | | |
|-----------------|:---:|:---:|:---:|
| **Audited** | **A** | **A** | **A** |
| **Months per Period** | **12** | **12** | **12** |
| **Statement Date** | **12/31/99** | **12/31/00** | **12/31/01** |
| **Assets** | | | |
| **Current Assets:** | | | |
| Cash on Hand | 4,963 | 6,607 | 3,372 |
| Checks on Hand | 843 | 1,844 | 618 |
| Cash in Banks | (1,162) | 1,784 | 1,983 |
| Marketable Securities | 98 | 153 | 68 |
| Accts Receivable (Net) | 0 | 188 | 440 |
| Notes Receivables | 84 | 0 | 17 |
| **Total Current Assets** | **4,826** | **10,576** | **6,498** |
| | | | |
| **Long Term Assets** | | | |
| **Net Plant and Equipment:** | | | |
| Furniture & Equipment | 1,640 | 3,052 | 7,672 |
| Accumulated Deprec (-) | 661 | 863 | 1,131 |
| **Total Fixed Assets** | **979** | **2,189** | **6,541** |
| | | | |
| Prepaid Items & Deposits | 142 | 188 | 258 |
| Returned Checks on Hand | 92 | 116 | 61 |
| Other Intangible Assets | 1,932 | 2,131 | 1,917 |
| Goodwill | 0 | 0 | 0 |
| Due from Affiliates | 2,742 | 2,511 | 867 |
| Other | 0 | 0 | 0 |
| Note Receivable:LT Portion | 0 | 0 | 33 |
| Other | 0 | 0 | 0 |
| Other | 0 | 0 | 0 |
| **Total Non-Current Assets** | **4,908** | **4,946** | **3,136** |
| | | | |
| **Total Assets** | **10,713** | **17,711** | **16,175** |

CONFIDENTIAL
JPMC 018906

| Name: | **Prima Check Cashing Corp.** |
| Spread Preparation Date: | **June 27, 2002** |

| (000's Omitted) | Balance Sheet | | |
|---|---|---|---|
| Audited | A | A | A |
| Months per Period | 12 | 12 | 12 |
| Statement Date | 12/31/99 | 12/31/00 | 12/31/01 |
| **Liabilities** | | | |
| **Current Liabilities:** | | | |
| Due Bank | 3,571 | 7,000 | 1,952 |
| Due Money Order | 310 | 935 | 441 |
| Due Money Transmitter | 146 | 332 | 239 |
| Due Travelers/Cash Point/WU | 0 | 1,061 | 1,243 |
| Accrued Expenses | 35 | 3 | 105 |
| Due Utility | 142 | 294 | 200 |
| C/P LTD:G&R/GNC/MVMC | 141 | 229 | 250 |
| C/P:E.Rosario/CastleCC/Chase | 84 | 24 | 576 |
| C/P LTD Travelers Express | 100 | 100 | 100 |
| Deferred Income Taxes | 3 | 0 | 3 |
| **Total Current Liabilities** | **4,532** | **9,978** | **5,109** |
| | | | |
| **Long Term Liabilities:** | | | |
| LTD: Travelers Express | 2,800 | 2,700 | 3400 |
| LTD: G&R/GNC/MVMC | 508 | 627 | 377 |
| LTD:E.Rosario/CastleCC/Chase | 24 | 0 | 2691 |
| LTD: D&A Colasuonno | 340 | 340 | 340 |
| Deferred Income Taxes | 38 | 35 | 32 |
| **Total Senior Liabilities** | **3,710** | **3,702** | **6840** |
| **Total Liabilities** | **8,242** | **13,680** | **11949** |
| | | | |
| **Capital Funds:** | | | |
| Sub. Debt:Loans from S/H's | 1,066 | 1,165 | 1,165 |
| Subordinated Debt | 0 | 0 | 0 |
| Decl. Subordinated Note | 0 | 0 | 0 |
| Decl. Subordinated Note | 0 | 0 | 0 |
| Decl. Subordinated Note | 0 | 0 | 0 |
| **Total Subordinated Debt** | **1,066** | **1,165** | **1,165** |
| Paid in Capital | 550 | 1,750 | 1,750 |
| Capital Stock | 50 | 50 | 50 |
| Treasury Stock | 0 | 0 | 0 |
| Unrealized Gain (Loss) Securities | 18 | (88) | (74) |
| Retained Earnings | 787 | 1,154 | 1,335 |
| **Total Liabilities & Equity** | **10,713** | **17,711** | **16,175** |
| | | | |
| **Dividends** | 0 | 0 | 0 |
| **Contingent Liabilities** | 0 | 0 | 0 |
| **Working Capital** | 294 | 598 | 1,389 |
| **Capital Funds:** | 2,471 | 4,031 | 4,226 |
| **Senior Debt / Cap. Funds** | 334% | 339% | 283% |
| **O/P Line** | 3,000 | 3,000 | 2,000 |
| **High Point O/P** | 4,500 | 7,000 | 6,000 |
| **Times Line Exceeded** | 66 | 211 | 152 |
| **O/P Borrowing Freq. (Days)** | 252 | 256 | 256 |

CONFIDENTIAL
JPMC 018907

| Name: | Prima Check Cashing Corp. |
|---|---|
| Spread Preparation Date: | June 27, 2002 |

| (000's Omitted) | Income Statement | | |
|---|---|---|---|
| Audited | A | A | A |
| Months per Period | 12 | 12 | 12 |
| Statement Date | 12/31/99 | 12/31/00 | 12/31/01 |
| Items: | | | |
| Number of Checks Cashed | 846 | 880 | 722 |
| Number of EPFT Items | 47 | 0 | 0 |
| Other | 0 | 0 | 0 |
| Total Items | 893 | 880 | 722 |
| | | | |
| Dollars Volume: | | | |
| $ Checks Cashed | 333,084 | 307,845 | 338,863 |
| $ EPFT | 5,055 | 0 | 0 |
| Other | 0 | 0 | 0 |
| Total Volume | 338,139 | 307,845 | 338,863 |
| Average Daily Volume | 1,301 | 1,184 | 1,303 |
| Avg. Size Check Cashed | 379 | 350 | 469 |
| | | | |
| Fee Income: | | | |
| Check Cashing | 3,881 | 4,305 | 4,526 |
| EPFT | 97 | 0 | 0 |
| Money Orders | 420 | 432 | 571 |
| Utility Bill Fees | 89 | 129 | 121 |
| Lottery Fees | 0 | 0 | 0 |
| Money Transmission Fees | 316 | 401 | 374 |
| Welfare Income | 12 | 0 | 0 |
| Telephone Fees | 62 | 5 | 64 |
| Cable Fees | 0 | 18 | 0 |
| Interest Income | 0 | 0 | 0 |
| Phone Card Income | 3 | 0 | 0 |
| Management Income | 0 | 0 | 0 |
| Metro Card Fees | 16 | 11 | 8 |
| Other | 29 | 0 | 0 |
| EBT Fees | 110 | 118 | 98 |
| Total Fee Income | 5,035 | 5,419 | 5,762 |

CONFIDENTIAL
JPMC 018908

**Name:** **Prima Check Cashing Corp.**
Report Date: June 27, 2002

| (000's Omitted) | Income Statement | | |
|---|---|---|---|
| **Audited** | **A** | **A** | **A** |
| **Months per Period** | **12** | **12** | **12** |
| **Statement Date** | **12/31/99** | **12/31/00** | **12/31/01** |
| **Operating Expenses:** | | | |
| Officer Salaries | 101 | 104 | 72 |
| Other Salaries | 1,380 | 1,657 | 1,613 |
| Management Fees | 249 | 92 | 0 |
| Money Delivery | 0 | 31 | 46 |
| Bank Charges | 254 | 391 | 597 |
| Insurance & Protection | 214 | 379 | 314 |
| Rent & Lease Expense | 345 | 424 | 447 |
| Professional Fees | 85 | 62 | 115 |
| License & Taxes | 92 | 187 | 172 |
| Depreciation & Amortization | 346 | 347 | 478 |
| Contribution to Pensions | 0 | 0 | 0 |
| Other Expenses | 0 | 0 | 0 |
| Office & General Expenses | 1,021 | 518 | 758 |
| Auto & Travel Expenses | 0 | 61 | 175 |
| Equipment Leasing | 0 | 36 | 23 |
| Credit Losses | 434 | 288 | 254 |
| Shortages | 22 | 44 | 28 |
| Robberies | 0 | 0 | 0 |
| Employee Benefits | 0 | 0 | 0 |
| **Total Expenses** | **4,543** | **4,621** | **5,092** |
| | | | |
| **Total Net Operating Profit** | **492** | **798** | **670** |
| | | | |
| Income Tax Recovery | 3 | 0 | 0 |
| Profit & Loss (+ or -) | 0 | 0 | 0 |
| Other Income (Enter +) | 0 | 41 | 91 |
| Gain on Sale/Investment | 0 | 49 | 0 |
| Interest Expense  (Enter -) | (369) | (521) | (581) |
| Robberies/Burglaries (Enter -) | (70) | 0 | 0 |
| Other Expense (Enter -) | 0 | 0 | 0 |
| Other Expense (Enter -) | 0 | 0 | 0 |
| **Total Pre-Tax Earnings/Loss** | **56** | **367** | **180** |
| | | | |
| Tax Expense  (Enter -) | 0 | 0 | 0 |
| **Total Net Income** | **56** | **367** | **180** |
| Dividends | 0 | 0 | 0 |
| **Profit After Taxes & Drawings** | **56** | **367** | **180** |
| | | | |
| **Salaries , Drawings & Mgt. Fees** | **350** | **196** | **72** |

CONFIDENTIAL
JPMC 018909

|  | | | |
|---|---|---|---|
| Name: | Prima Check Cashing Corp. | | |
| Report Date: | June 27, 2002 | | |

| (000's Omitted) | Summary of Facility Review | | |
|---|---|---|---|
| Audited | A | A | A |
| Months per Period | 12 | 12 | 12 |
| Statement Date | 12/31/99 | 12/31/00 | 12/31/01 |
| | | | |
| Total Fee Income | 5,035 | 5,419 | 5,762 |
| Total Expenses | 4,543 | 4,621 | 5,092 |
| Current Assets | 4,826 | 10,576 | 6,498 |
| Total Assets | 10,713 | 17,711 | 16,175 |
| Current Liabilities | 4,532 | 9,978 | 5,109 |
| Total Liabilities & Equity | 10,713 | 17,711 | 16,175 |
| Contingent Liabilities | 0 | 0 | 0 |
| High Point O/P | 4,500 | 7,000 | 6,000 |
| Times Line Exceeded | 66 | 211 | 152 |
| Capital Funds: | 2,471 | 4,031 | 4,226 |
| Working Capital | 294 | 598 | 1,389 |
| Senior Debt / Cap. Funds | 334% | 339% | 283% |
| EBITDA (net of distributions) | 771 | 1,235 | 1,239 |
| Salaries , Drawings & Mgt. Fees | 350 | 196 | 72 |
| Total Operating Profit | 492 | 798 | 670 |
| Profit After Taxes & Drawings | 56 | 367 | 180 |
| Total Volume | 338,139 | 307,845 | 338,863 |
| Average Daily Volume | 1,301 | 1,184 | 1,303 |
| O/P Line | 3,000 | 3,000 | 2,000 |
| Avg. O/P Borrowing Frequency | 97% | 98% | 98% |
| Max. Exposure / Avg. Daily Vol. | 2.31 | 2.53 | 1.53 |
| Max. O/P Line / Capital Funds | 1.21 | 0.74 | 0.47 |
| Cr. Losses / Checks Cashed | 0.13 | 0.09 | 0.07 |
| Avg. Size Checks Cashed | 379 | 350 | 469 |

| | N. Y. State Banking Dept's Net Worth Requirement | | |
|---|---|---|---|
| | 12/31/99 | 12/31/00 | 12/31/01 |
| Current Tang. Net Worth | 3,337 | 4,997 | 4,978 |
| $25M Requirement by 2001 | 350 | 350 | 350 |
| Variance 2001 | 2,987 | 4,647 | 4,628 |
| $25M Requirement by 2002 | 350 | 350 | 350 |
| Variance 2002 | 2,987 | 4,647 | 4,628 |
| Number of Stores | 14 | 14 | 14 |

CONFIDENTIAL
JPMC 018910

| Prima Check Cashing Corp. | W. C. & C. F. RECONCILIATION | | |
|---|---|---|---|
| (000's Omitted) | | | |
| Working Capital as of 12/31/00 | | $ | 598 |
| | Sources: | | |
| | Net Income | $ 180 | |
| | Depre. & Amort. | 478 | |
| | Increase Chase Term Loan | 2,691 | |
| | Increase LTD due Trav. Express | 700 | |
| | Reduce Due from Affiliates | 1,644 | |
| | Decrease Ret'd Cks | 55 | |
| | Reduction to Loss-Mkt. Sec. | 14 | |
| | Rounding Adjustment | 1 | |
| | Total Sources: | | 5,763 |
| | Uses: | | |
| | Distribution | $ 0 | |
| | Purch's of Equip. & Fix. | 726 | |
| | Amortize GNC/MVMV Notes | 250 | |
| | Decrease Deferred Inc. Taxes | 3 | |
| | Increase N/R- | 33 | |
| | Increase Prepds/Deposits | 70 | |
| | Reclassify fixed assets from | 3890 | |
| | Loan due Affil./Cash Exchange | | |
| | Total Uses: | | (4,972) |
| | Net Change: | | 791 |
| Ending Working Capital as of 12/31/01 | | $ | 1,389 |
| | | | |
| Capital Funds as of 12/31/00 | | $ | 4031 |
| | Net Income | $ 180 | |
| | Distributions | $ 0 | |
| | Reduction to Loss on | 14 | |
| | Mkt. Securities (Gain) | | |
| | Rounding Adjustment | 1 | |
| | Net Change: | | 195 |
| Capital Funds as of 12/31/01 | | $ | 4,226 |
| Prepared by: | | | |
| June 27, 2002 | | | |

CONFIDENTIAL
JPMC 018911

|  | Name: | **Prima Check Cashing Inc.** |
| --- | --- | --- |
|  | Spread Preparation Date: | July 11, 2002 |

**(000's Omitted)**

| Balance Sheet | | | |
| --- | --- | --- | --- |
| Audited | C | C | C |
| Months per Period | 3 | 9 | 3 |
| Statement Date | 3/31/01 | 9/30/01 | 3/31/02 |
| **Assets** | | | |
| **Current Assets:** | | | |
| Cash on Hand | 5,939 | 3,972 | 6,535 |
| Checks on Hand | 2,709 | 1,636 | 1,216 |
| Cash in Banks | 847 | 1,400 | 1,544 |
| Marketable Securities | 0 | 0 | 67 |
| Accts Receivable (Net) | 113 | 260 | 27 |
| Note Receivable | 62 | 67 | 491 |
| **Total Current Assets** | **9,670** | **7,335** | **9,880** |
| **Long Term Assets** | | | |
| **Net Plant and Equipment:** | | | |
| Furniture & Equipment | 3,221 | 5,235 | 6,459 |
| Accumulated Deprec (-) | 983 | 0 | 0 |
| **Total Fixed Assets** | **2,238** | **5,235** | **6,459** |
| Prepaid Items & Deposits | 160 | 192 | 217 |
| Returned Checks on Hand | 252 | 317 | 139 |
| Other Intangible Assets | 2,080 | 2,979 | 1,874 |
| Investments | 153 | 91 | 0 |
| Due from Affiliates | 1,842 | 1,255 | 1,514 |
| **Total Non-Current Assets** | **4,487** | **4,834** | **3,744** |
| **Total Assets** | **16,395** | **17,404** | **20,083** |

CONFIDENTIAL
JPMC 018912

Page No.  2

**Name:** **Prima Check Cashing Inc.**
**Spread Preparation Date:** **July 11, 2002**

| (000's Omitted) | Balance Sheet | | |
|---|---|---|---|
| Audited | C | C | C |
| Months per Period | 3 | 9 | 3 |
| Statement Date | 03/31/01 | 9/30/01 | 3/31/02 |
| **Liabilities** | | | |
| **Current Liabilities:** | | | |
| Due Bank | 939 | 2,651 | 2,476 |
| Due Money Order | 1,029 | 1,018 | 0 |
| Due Money Transmitter | 273 | 281 | 0 |
| Accounts Payable | 129 | 309 | 4,597 |
| Accrued Expenses | 0 | 0 | 0 |
| Due Utility | 277 | 261 | 0 |
| Current Portion of LTD | 347 | 908 | 926 |
| Deferred Income Tax | 0 | 0 | 3 |
| Loans & Exchanges | 0 | 177 | 0 |
| Due to 3rd Party Agents | 0 | 0 | 1,018 |
| **Total Current Liabilities** | **2,994** | **5,605** | **9,020** |
| | | | |
| **Long Term Liabilities:** | | | |
| Loans Pay.-shareholder | 0 | 1,165 | 1357 |
| L/T | 10,321 | 7,579 | 0 |
| L/T | 0 | 0 | 6622 |
| L/T | 0 | 0 | 0 |
| L/T BIL Chase | 0 | 0 | 0 |
| **Total Senior Liabilities** | **10,321** | **8,744** | **7979** |
| **Total Liabilities** | **13,315** | **14,349** | **16999** |
| | | | |
| **Capital Funds:** | | | |
| Subordinated Debt | 0 | 0 | 0 |
| Subordinated Debt | 0 | 0 | 0 |
| Deferred Income Taxes | 35 | 35 | 32 |
| Decl. Subordinated Note | 0 | 0 | 0 |
| Decl. Subordinated Note | 0 | 0 | 0 |
| **Total Subordinated Debt** | **35** | **35** | **32** |
| Paid in Capital | 1,750 | 1,750 | 1,750 |
| Capital Stock | 50 | 50 | 50 |
| Treasury Stock | 0 | 0 | 0 |
| Surplus (Unrealized Gain) | 0 | (84) | (178) |
| Retained Earnings | 1,245 | 1,304 | 1,431 |
| **Total Liabilities & Equity** | **16,395** | **17,404** | **20,084** |
| | | | |
| **Dividends** | 0 | 0 | 0 |
| **Contingent Liabilities** | 0 | 0 | 0 |
| **Working Capital** | **6,676** | **1,730** | **860** |
| **Capital Funds:** | **3,080** | **3,055** | **3,085** |
| **Senior Debt / Cap. Funds** | **432%** | **470%** | **551%** |
| **O/P Line** | 3,000 | 0 | 0 |
| **High Point O/P** | 0 | 0 | 0 |
| **Times Line Exceeded** | 0 | 0 | 0 |
| **O/P Borrowing Freq. (Days)** | 0 | 0 | 0 |

CONFIDENTIAL
JPMC 018913

|  | Name: | Prima Check Cashing Inc. |  |
|--|-------|--------------------------|--|
|  | Spread Preparation Date: | July 11, 2002 |  |

| (000's Omitted) | Income Statement | | |
|---|---|---|---|
| **Audited** | **C** | **C** | **C** |
| **Months per Period** | **3** | **9** | **3** |
| **Statement Date** | 03/31/01 | 9/30/01 | 3/31/02 |
| **Items:** | | | |
| Number of Checks Cashed | 0 | 0 | 0 |
| Number of EPFT Items | 0 | 0 | 0 |
| Other | 0 | 0 | 0 |
| **Total Items** | **0** | **0** | **0** |
| | | | |
| **Dollars Volume:** | | | |
| $ Checks Cashed | 0 | 0 | 0 |
| $ EPFT | 0 | 0 | 0 |
| Other | 0 | 0 | 0 |
| **Total Volume** | **0** | **0** | **0** |
| **Average Daily Volume** | **0** | **0** | **0** |
| **Avg. Size Check Cashed** | **#DIV/0!** | **#DIV/0!** | **#DIV/0!** |
| | | | |
| **Fee Income:** | | | |
| Check Cashing | 1,291 | 3,604 | 1,537 |
| EPFT | 28 | 77 | 0 |
| Money Orders | 113 | 279 | 0 |
| Utility Bill Fees | 42 | 123 | 0 |
| Lottery Fees | 0 | 0 | 0 |
| Money Transmission Fees | 97 | 291 | 0 |
| Welfare Income | 0 | 0 | 0 |
| Telephone Fees | 0 | 0 | 0 |
| Cable Fees | 32 | 85 | 0 |
| Interest Income | 0 | 0 | 0 |
| Phone Card Income | 0 | 0 | 0 |
| Management Income | 0 | 0 | 0 |
| Other | 0 | 0 | 0 |
| Other | 0 | 0 | 0 |
| Other | 0 | 0 | 0 |
| **Total Fee Income** | **1,603** | **4,459** | **1,537** |

CONFIDENTIAL
JPMC 018914

Name:    **Prima Check Cashing Inc.**
Report Date:    July 11, 2002

| (000's Omitted) | Income Statement | | |
|---|---|---|---|
| **Audited** | C | C | C |
| **Months per Period** | 3 | 9 | 3 |
| **Statement Date** | 03/31/01 | 9/30/01 | 3/31/02 |
| **Operating Expenses:** | | | |
| Officer Salaries | 16 | 78 | 35 |
| Other Salaries | 412 | 1,195 | 0 |
| Management Fees | 82 | 270 | 0 |
| Money Delivery | 27 | 80 | 0 |
| Bank Charges | 0 | 6 | 0 |
| Insurance & Protection | 28 | 272 | 0 |
| Rent & Lease Expense | 105 | 325 | 0 |
| Professional Fees | 16 | 47 | 0 |
| License & Taxes | 0 | 84 | 0 |
| Depreciation & Amortization | 120 | 360 | 125 |
| Contribution to Pensions | 0 | 0 | 0 |
| Other Expenses | 0 | 0 | 0 |
| Office & General Expenses | 464 | 516 | 1,281 |
| Auto & Travel Expenses | 71 | 130 | 0 |
| Equipment Leasing | 7 | 18 | 0 |
| Credit Losses | 0 | 0 | 0 |
| Shortages | 0 | 20 | 0 |
| Uncollected Fees | 0 | 218 | 0 |
| Analysis Fee | 0 | 246 | 0 |
| **Total Expenses** | **1,348** | **3,865** | **1,441** |
| **Total Net Operating Profit** | **255** | **594** | **96** |
| Interest Income (Enter +) | 0 | 0 | 0 |
| Profit & Loss (+ or -) | 0 | 0 | 0 |
| Other Income (Enter +) | 0 | 0 | 0 |
| Gain on Sale (Enter +) | 0 | 0 | 0 |
| Interest Expense  (Enter -) | (165) | (444) | 0 |
| Robberies/Burglaries (Enter -) | 0 | 0 | 0 |
| Other Expense (Enter -) | 0 | 0 | 0 |
| **Total Pre-Tax Earnings/Loss** | **90** | **150** | **96** |
| Tax Expense  (Enter -) | 0 | 0 | 0 |
| **Total Net Income** | **90** | **150** | **96** |
| Dividends | 0 | 0 | 0 |
| **Profit After Taxes & Drawings** | **90** | **150** | **96** |
| **Salaries , Drawings & Mgt. Fees** | **98** | **348** | **35** |

CONFIDENTIAL
JPMC 018915

Name:                 **Prima Check Cashing Inc.**

Report Date:         **July 11, 2002**

| (000's Omitted) | Summary of Facility Review | | |
|---|---|---|---|
| Audited | C | C | C |
| Months per Period | 3 | 9 | 3 |
| Statement Date | 03/31/01 | 9/30/01 | 3/31/02 |
| | | | |
| Total Fee Income | 1,603 | 4,459 | 1,537 |
| Total Expenses | 1,348 | 3,865 | 1,441 |
| Current Assets | 9,670 | 7,335 | 9,880 |
| Total Assets | 16,395 | 17,404 | 20,083 |
| Current Liabilities | 2,994 | 5,605 | 9,020 |
| Total Liabilities & Equity | 16,395 | 17,404 | 20,084 |
| Contingent Liabilities | 0 | 0 | 0 |
| High Point O/P | 0 | 0 | 0 |
| Times Line Exceeded | 0 | 0 | 0 |
| Capital Funds: | 3,080 | 3,055 | 3,085 |
| Working Capital | 6,676 | 1,730 | 860 |
| Senior Debt / Cap. Funds | 432% | 470% | 551% |
| Salaries , Drawings & Mgt. Fees | 98 | 348 | 35 |
| Total Operating Profit | 255 | 594 | 96 |
| Profit After Taxes & Drawings | 90 | 150 | 96 |
| Total Volume | 0 | 0 | 0 |
| Average Daily Volume | 0 | 0 | 0 |
| O/P Line | 3,000 | 0 | 0 |
| Avg. O/P Borrowing Frequency | 0% | 0% | 0% |
| Max. Exposure / Avg. Daily Vol. | #DIV/0! | #DIV/0! | #DIV/0! |
| Max. O/P Line / Capital Funds | 0.97 | 0.00 | 0.00 |
| Cr. Losses / Checks Cashed | #DIV/0! | #DIV/0! | #DIV/0! |
| Avg. Size Checks Cashed | #DIV/0! | #DIV/0! | #DIV/0! |

CONFIDENTIAL
JPMC 018916

| Dominick & Rene Colasuonno | | Address: | 50 Cliffside Lane, Mt. Kisco NY | | | |
|---|---|---|---|---|---|---|
| Prima Check Cashing Corp. | | | | | | |
| (000's Omitted) | | | | | | |
| June 27, 2002 | | 12/31/99 | | 12/31/00 | | 12/31/01 |
| Type of Statement | | PERSONAL | | PERSONAL | | PERSONAL |
| Current Assets | | 100 | | 150 | | 150 |
| Current Liabilities | | 0 | | 0 | | 0 |
| Net Liquidity | | 100 | | 150 | | 150 |
| **Outside Net Worth** | | 500 | | 500 | | 1,250 |
| Cash & Stocks | | 100 | | 150 | | 150 |
| Securities | | 0 | | 0 | | 0 |
| CSVLI | | 0 | | 0 | | 0 |
| IRA | | 0 | | 0 | | 0 |
| CURRENT ASSETS | | 100 | | 150 | | 150 |
| Residence & Other Real Estate | | 650 | | 750 | | 750 |
| Investment C/C & Related Co's | | 3,970 | | 4,620 | | 5,220 |
| Due from Check Casher | | 0 | | 0 | | 0 |
| Invest. IGE LLC/CCLRealty/Amer. Compaction | | 0 | | 0 | | 1,675 |
| IRA & Pension Plans | | 0 | | 0 | | 0 |
| Personal Assets | | 150 | | 150 | | 150 |
| Loan Receivable | | 750 | | 750 | | 900 |
| TOTAL ASSETS | | 5,620 | | 6,420 | | 8,845 |
| Bank Debt | | 0 | | 0 | | 0 |
| Credit Cards & Consumer Debt | | 0 | | 0 | | 0 |
| Taxes-Due | | 0 | | 0 | | 0 |
| Life Insurance –Loan of CSV | | 0 | | 0 | | 0 |
| Other | | 0 | | 0 | | 0 |
| CURRENT LIABILITIES | | 0 | | 0 | | 0 |
| Mortgage | | 400 | | 400 | | 375 |
| LT Bank & Other Debt | | 0 | | 0 | | 0 |
| Due to Check Casher | | 0 | | 0 | | 0 |
| Other Liabilities | | 0 | | 0 | | 0 |
| Est. Taxes on Asset Appreciation | | 750 | | 900 | | 2,000 |
| TOTAL LIABILITIES | | 1,150 | | 1,300 | | 2,375 |
| NET WORTH | | 4,470 | | 5,120 | | 6,470 |
| Total Liabilities & Net Worth | | 5,620 | | 6,420 | | 8,845 |
| Salaries | | 0 | | 0 | | 0 |
| Bonuses & commissions | | 0 | | 0 | | 0 |
| Interest & Dividend Income | | 0 | | 0 | | 0 |
| Rental Income | | 0 | | 0 | | 0 |
| Other Income | | 0 | | 0 | | 0 |
| Gross Income - Before Taxes | | 0 | | 0 | | 0 |
| Income Taxes | | 0 | | 0 | | 0 |
| Mortgage Payments | | 0 | | 0 | | 0 |
| Rental or R/E Maintenance | | 0 | | 0 | | 0 |
| Real Estate Taxes | | 0 | | 0 | | 0 |
| Interest & Loan Payments | | 0 | | 0 | | 0 |
| Alimony & Child Support | | 0 | | 0 | | 0 |
| Medical Expenses | | 0 | | 0 | | 0 |
| Other Living Expenses | | 0 | | 0 | | 0 |
| Total Expenses | | 0 | | 0 | | 0 |
| Available Income | | 0 | | 0 | | 0 |
| Contingent Liabilities | (A) | 0 | | 0 | | 0 |
| Accountant's Name | | P.C. & Co | | P.C. & Co. | | P.C. & Co |
| Analyzed by | | AMS | | AMS | | AMS |
| Date: | | 05/02/01 | | 05/02/01 | | 05/09/02 |

CONFIDENTIAL
JPMC 018917

| Phillip & Josephine Colasuonno | | Address: | 14 Potters Lane New Rochelle NY | | | |
|---|---|---|---|---|---|---|
| Prima Check Cashing Corp. | | | | | | |
| (000's Omitted) | | | | | | |
| June 27, 2002 | | | 12/31/99 | | 12/31/00 | 12/31/01 |
| Type of Statement | | | PERSONAL | | PERSONAL | PERSONAL |
| Current Assets | | | 275 | | 275 | 300 |
| Current Liabilities | | | 0 | | 0 | 0 |
| Net Liquidity | | | 275 | | 275 | 300 |
| **Outside Net Worth** | | | **1,422** | | **662** | **2,102** |
| Cash | | | 25 | | 25 | 50 |
| Securities | | | 250 | | 250 | 250 |
| CSVLI | | | 0 | | 0 | 0 |
| IRA | | | 0 | | 0 | 0 |
| **CURRENT ASSETS** | | | **275** | | **275** | **300** |
| Residence & Other Real Estate | | | 1,850 | | 2,420 | 2,520 |
| Invest. C/C & Related Co's | | | 4,020 | | 5,320 | 5,295 |
| Due from Check Casher | | | 0 | | 0 | 0 |
| Invest. PC&Co/C&C/IGE/CCL/Sares Travel | | | 677 | | 27 | 2,202 |
| IRA & Pension Plans | | | 0 | | 0 | 0 |
| Personal Assets | | | 150 | | 150 | 200 |
| Loan Receivable-Affiliates | | | 750 | | 750 | 900 |
| **TOTAL ASSETS** | | | **7,722** | | **8,942** | **11,417** |
| Bank Debt | | | 0 | | 0 | 0 |
| Credit Cards & Consumer Debt | | | 0 | | 0 | 0 |
| Taxes-Due | | | 0 | | 0 | 0 |
| Life Insurance --Loan of CSV | | | 0 | | 0 | 0 |
| Other | | | 0 | | 0 | 0 |
| **CURRENT LIABILITIES** | | | **0** | | **0** | **0** |
| Mortgage | | | 980 | | 1,360 | 1,520 |
| LT Bank & Other Debt | | | 0 | | 0 | 0 |
| Due to Check Casher | | | 0 | | 0 | 0 |
| Other Liabilities | | | 0 | | 0 | 0 |
| Est. Taxes on Asset Appreciation | | | 1,300 | | 1,600 | 2,500 |
| **TOTAL LIABILITIES** | | | **2,280** | | **2,960** | **4,020** |
| **NET WORTH** | | | **5,442** | | **5,982** | **7,397** |
| **Total Liabilities & Net Worth** | | | **7,722** | | **8,942** | **11,417** |
| Salaries | | | 0 | | 0 | 0 |
| Bonuses & commissions | | | 0 | | 0 | 0 |
| Interest & Dividend Income | | | 0 | | 0 | 0 |
| Rental Income | | | 0 | | 0 | 0 |
| Other Income | | | 0 | | 0 | 0 |
| **Gross Income - Before Taxes** | | | **0** | | **0** | **0** |
| Income Taxes | | | 0 | | 0 | 0 |
| Mortgage Payments | | | 0 | | 0 | 0 |
| Rental or R/E Maintenance | | | 0 | | 0 | 0 |
| Real Estate Taxes | | | 0 | | 0 | 0 |
| Interest & Loan Payments | | | 0 | | 0 | 0 |
| Alimony & Child Support | | | 0 | | 0 | 0 |
| Medical Expenses | | | 0 | | 0 | 0 |
| Other Living Expenses | | | 0 | | 0 | 0 |
| **Total Expenses** | | | **0** | | **0** | **0** |
| **Available Income** | | | **0** | | **0** | **0** |
| Contingent Liabilities | (A) | | 0 | | 0 | 0 |
| Accountant's Name | | | PC & Co. | | PC& Co. | P.C. & Co. |
| Analyzed by | | | AMS | | MAF | AMS |
| Date: | | | 05/02/01 | | 05/02/01 | 05/09/02 |

CONFIDENTIAL
JPMC 018918

Page No.  9

| Michael & Dorothy Colasuonno | | 12/31/99 | 12/31/00 | 12/31/01 |
|---|---|---|---|---|
| Prima Check Cashing Corp. | Address: 8 Drisler Ave. White Plains, NY | | | |
| (000's Omitted) | | | | |
| June 27, 2002 | | 12/31/99 | 12/31/00 | 12/31/01 |
| Type of Statement | | PERSONAL | PERSONAL | PERSONAL |
| Current Assets | | 265 | 365 | 435 |
| Current Liabilities | | 0 | 0 | 0 |
| Net Liquidity | | 265 | 365 | 435 |
| **Outside Net Worth** | | 1,537 | 372 | 1,687 |
| Cash | | 150 | 250 | 150 |
| Securities | | 90 | 90 | 250 |
| CSVLI | | 25 | 25 | 35 |
| IRA | | 0 | 0 | 0 |
| CURRENT ASSETS | | 265 | 365 | 435 |
| Residence & Other Real Estate | | 1,270 | 1,450 | 1,500 |
| Investment in Check Casher | | 4,020 | 5,320 | 5,295 |
| Due from Check Casher | | 0 | 0 | 0 |
| Invest.PC&Co/C&C/Sares/IGE/CCL Realty | | 677 | 27 | 2,202 |
| IRA & Pension Plans | | 0 | 0 | 0 |
| Personal Assets | | 150 | 150 | 200 |
| Loan Receivable Affiliates | | 750 | 750 | 900 |
| TOTAL ASSETS | | 7,132 | 8,062 | 10,532 |
| Bank Debt | | 0 | 0 | 0 |
| Credit Cards & Consumer Debt | | 0 | 0 | 0 |
| Taxes-Due | | 0 | 0 | 0 |
| Life Insurance --Loan of CSV | | 0 | 0 | 0 |
| Other | | 0 | 0 | 0 |
| CURRENT LIABILITIES | | 0 | 0 | 0 |
| Mortgage | | 325 | 870 | 1,050 |
| LT Bank & Other Debt | | 0 | 0 | 0 |
| Due to Check Casher | | 0 | 0 | 0 |
| Other Liabilities | | 0 | 0 | 0 |
| Est. Taxes on Asset Appreciation | | 1,250 | 1,500 | 2,500 |
| TOTAL LIABILITIES | | 1,575 | 2,370 | 3,550 |
| NET WORTH | | 5,557 | 5,692 | 6,982 |
| Total Liabilities & Net Worth | | 7,132 | 8,062 | 10,532 |
| Salaries | | 0 | 0 | 0 |
| Bonuses & commissions | | 0 | 0 | 0 |
| Interest & Dividend Income | | 0 | 0 | 0 |
| Rental Income | | 0 | 0 | 0 |
| Other Income | | 0 | 0 | 0 |
| Gross Income - Before Taxes | | 0 | 0 | 0 |
| Income Taxes | | 0 | 0 | 0 |
| Mortgage Payments | | 0 | 0 | 0 |
| Rental or R/E Maintenance | | 0 | 0 | 0 |
| Real Estate Taxes | | 0 | 0 | 0 |
| Interest & Loan Payments | | 0 | 0 | 0 |
| Alimony & Child Support | | 0 | 0 | 0 |
| Medical Expenses | | 0 | 0 | 0 |
| Other Living Expenses | | 0 | 0 | 0 |
| Total Expenses | | 0 | 0 | 0 |
| Available Income | | 0 | 0 | 0 |
| Contingent Liabilities | (A) | 0 | 0 | 0 |
| Accountant's Name | | PC & Co. | PC & Co. | PC &Co. |
| Analyzed by | | AMS | AMS | AMS |
| Date: | | 05/02/01 | 05/02/01 | 05/09/02 |

CONFIDENTIAL
JPMC 018919

## PRIMA CHECK CASHING INC.

### STATEMENT OF OPERATIONS AND RETAINED EARNINGS

THREE MONTHS ENDED MARCH 31, 2002

| | | |
|---|---|---:|
| OPERATING REVENUES | $ | 1,537,118 |
| OPERATING EXPENSES | | |
| Store and administrative | | 1,280,405 |
| Officers' salaries | | 35,102 |
| TOTAL OPERATING EXPENSES | | 1,315,507 |
| NET INCOME FROM OPERATIONS | | 221,611 |
| DEPRECIATION AND AMORTIZATION | | (125,106) |
| PROVISION FOR INCOME TAXES | | (240) |
| NET INCOME | | 96,265 |
| RETAINED EARNINGS - BEGINNING | | 1,334,649 |
| RETAINED EARNINGS - ENDING | $ | 1,430,914 |

-4-

CONFIDENTIAL
JPMC 018920