**Levy, Daniel (USANYS)**

| | |
|---|---|
| **From:** | Marc Stuart Goldberg [mgoldberg@msglegal.com] |
| **Sent:** | Monday, July 09, 2007 6:38 PM |
| **To:** | Levy, Daniel (USANYS) |
| **Subject:** | Prima Check Cashing, Inc. |

Dear Mr. Levy:

The undersigned represents Prima Check Cashing, Inc. ("Prima"). In response to your information requests of earlier today, allow me to advise you as follows.

Based upon current operations and projections, it is anticipated that at closing on the sale of Prima's eleven (and possibly twelve) store locations (seven locations are under contract; there is an oral understanding as to four; two have been closed and the sale or closure of another is under consideration), Prima will owe New York Commercial Bank, its senior secured lender, the approximate amount of $2,860,000 (through combination of a term loan anticipated to be in the approximate amount of $760,000 at closing and a line of credit anticipated to be in the approximate amount of $2,100,000 at closing). MoneyGram Payment Systems, Inc ("MoneyGram"), Prima's junior secured lender, is owed $6.8 million pursuant to stipulation entered in a Federal Court litigation (and in which a judgment in like amount has been consented to by Prima, its shareholders and guarantors).

Applications for six of the seven stores under contract have been submitted to the New York State Banking Department.

The contract pricing on the six locations for which applications have been filed are as follows:

```
          Stores under contract to Eastchester Check Cashing, Inc.:
          48 Gramatan Ave, Mt. Vernon, NY          $485,000
          242 Fulton Avenue, Mt. Vernon, NY        $177,000
          723 Burke Avenue, Bronx, NY              $210,000
_____

$872,000

          Stores under contract to NY Community Financial, LLC:
          274 E. 198th Street, Bronx, NY           $175,000
          52-41 Van Dam Street, Queens, NY         $425,000
          1801 University Avenue, Bronx, NY        $400,000
_____

$1,000,000

_____

$1,872,000
```

A seventh location (302 Lenox Avenue, New York, NY) is under contract. The application with the Banking Department on the Lenox location has not yet been filed, but should be filed shortly. The contract price on the Lenox location is $500,000.

The four locations for which there is an oral understanding (and for which contracts are being drafted) are priced as follows:

```
          94 East 161st Street, Bronx             $774,000
```

```
1740 First Ave., NY                      $1,025,000
544 East Fordham, Bronx                  $1,380,000
44 N. Saw Mill River Rd., Elmsford         $421,000
```
_____

$3,600,000

Thus, the total of all locations under contract and for which there are oral understandings is $5,972,000.

The one location still up in the air, JFK Airport, is likely not going to realize a material return, if any. I've been told that a maximum value to be placed on the JFK location is $20,000.

Sincerely yours,
Marc Stuart Goldberg


Marc Stuart Goldberg
M. Stuart Goldberg, LLC
81 Main Street, Suite 205
White Plains, New York 10601
Tel:  (914) 949-5400
Fax: (914) 683-1279
E-Mail: mgoldberg@msglegal.com

IMPORTANT CONFIDENTIALITY NOTICE: This electronic transmission and any attachments are intended for the use of the individual or entity to whom it is addressed, or to whom it is intended, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this electronic transmission, attachments or message is not the intended recipient, or the party responsible for delivering same to the intended recipient, PLEASE TAKE NOTICE, that any dissemination, distribution or copying of this communication or its substances is strictly prohibited and improper. If you have received this communication in error, please telephone the sender immediately at (914) 949-5400 and make arrangements to have the material deleted from your computer and/or otherwise destroy the material. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by M. Stuart Goldberg, LLC for any loss or damage in any way from its use.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.