STATE OF NEW YORK BANKING DEPARTMENT
LICENSED CASHERS OF CHECKS ANNUAL REPORT
YEAR ENDING December 31, 2005

Licensee_____Prima Check Cashing Inc.\ dba: American Check Cashing & Financial Services_____

### Schedule E
### INCOME AND EXPENSE STATEMENT

Location:__48 Gramatan Avenue Mount Vernon, NY 10550_____
For the ____12____ month period from ____January_1, 2005__ to __December 31, 2005_____

| | Income | Amount (Nearest Dollar) |
|---|---|---|
| 1. | Total Check Cashing Fees Collected  Consumer (Schedule E 1 a) | 399,040 |
| 2. | Total Check Cashing Fees Collected  Commercial (Schedule E 1 b) | none |
| 3. | EPFT Fees (E 2) | none |
| 4. | Other Income (E 3) | 169,350 |
| | Total Income | 568,390 |

| | Expenses | |
|---|---|---|
| 5. | Salaries - Officers | 8,487 |
| 6. | Salaries - Proprietors & Partners | none |
| 7. | Salaries - Employees | 111,148 |
| 8. | Management Fees | 11,071 |
| 9. | Money Delivery Charges | 8,506 |
| 10. | Bank Service Charges | 13,870 |
| 11. | Insurance & Protection | 28,355 |
| 12. | Interest Paid | 36,031 |
| 13. | Rent | 31,206 |
| 14. | Legal and Professional Fees | 10,583 |
| 15. | Advertising, Dues, etc. | 2,157 |
| 16. | Telephone and Telegraph | 9,086 |
| 17. | Taxes & License Fees | 18,678 |
| 18. | Contributions, Donations and Entertainment | none |
| 19. | Losses | 9,267 |
| 20. | Other Expenses | 81,911 |
| 21. | Total Expenses | 380,356 |
| 22. | Net Profit (Line 4 greater than Line 21) | 188,034 |
| 23. | Net Loss (Line 21 greater than Line 4) | |

## Schedule E 1 a - Check Cashing Fees Collected Consumer

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Licensed Location(s) | 56,975 | 26,410,334 | 399,040 |
| Limited Station(s) | | | |
| Totals | | | |
| | 56,975 | 26,410,334 | 399,040 |

(Total Fees Collected Must agree with Schedule E 1 a - Line 1)

* includes mobile units

## Schedule E 1 b - Check Cashing Fees Collected Commercial

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Regular * Location(s) | | | |
| Limited Station(s) | | | |
| Totals | | | |
| | none | none | none |

(Total Fees Collected Must agree with Schedule E 1 b - Line 2)

* includes mobile units

## Schedule E 2 - EPFT Fees

| Number of Transactions | Dollar Amount | Fees Collected |
|---|---|---|
| | | none |

(Total Fees Collected Must agree with Schedule E - Line 3)

## Schedule E 3 - Other Income

| Description | Fees Collected |
|---|---|
| Money Order Fees | 29,165 |
| Utility Bill Fees | 4,945 |
| Lottery Fees | none |
| Money Transmission Fees | 41,253 |
| Metrocard Fees | 411 |
| EBT Fees | 3,357 |
| ATM Fees | 1,140 |
| Telephone Fees | 5,615 |
| Pay Net Fees | none |
| Phone Card Fees | 839 |
| Parking Ticket Fees | none |
| Cable Fees | 2,163 |
| Forgiveness of Debt, net | 60,062 |
| Miscellaneous Fees | 757 |
| Interest Income | 19,530 |
| Voice Stream Fees | 113 |

Total (Must Agree with Schedule E - Line 4)    169,350

STATE OF NEW YORK BANKING DEPARTMENT
LICENSED CASHERS OF CHECKS ANNUAL REPORT
YEAR ENDING December 31, 2005

Licensee_____Prima Check Cashing Inc.\ dba: American Check Cashing & Financial Services_____

Schedule E
**INCOME AND EXPENSE STATEMENT**

Location:_ 274 East 198th Street  Bronx, NY  10458 _____
For the ____12____ month period from ____January_1, 2005__ to __December 31, 2005_____

|  | Income | Amount (Nearest Dollar) |
|---|---|---|
| 1. | Total Check Cashing Fees Collected  Consumer (Schedule E 1 a) | 155,442 |
| 2. | Total Check Cashing Fees Collected  Commercial (Schedule E 1 b) | none |
| 3. | EPFT Fees (E 2) | none |
| 4. | Other Income (E 3) | 145,013 |
|  | Total Income | 300,455 |

|  | Expenses |  |
|---|---|---|
| 5. | Salaries - Officers | 8,487 |
| 6. | Salaries - Proprietors & Partners | none |
| 7. | Salaries - Employees | 75,617 |
| 8. | Management Fees | 11,071 |
| 9. | Money Delivery Charges | 8,622 |
| 10. | Bank Service Charges | 13,870 |
| 11. | Insurance & Protection | 52,063 |
| 12. | Interest Paid | 36,031 |
| 13. | Rent | 15,750 |
| 14. | Legal and Professional Fees | 10,583 |
| 15. | Advertising, Dues, etc. | 2,229 |
| 16. | Telephone and Telegraph | 4,402 |
| 17. | Taxes & License Fees | 16,267 |
| 18. | Contributions, Donations and Entertainment | none |
| 19. | Losses | 8,068 |
| 20. | Other Expenses | 80,034 |
| 21. | Total Expenses | 343,094 |
| 22. | Net Profit (Line 4 greater than Line 21) | 0 |
| 23. | Net Loss (Line 21 greater than Line 4) | (42,639) |

## Schedule E 1 a - Check Cashing Fees Collected Consumer

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Licensed Location(s) | 26,686 | 10,161,066 | 155,442 |
| Limited Station(s) | | | |
| Totals | | | |
| | 26,686 | 10,161,066 | 155,442 |

(Total Fees Collected Must agree with Schedule E 1 a - Line 1)

\* includes mobile units

## Schedule E 1 b - Check Cashing Fees Collected Commercial

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Regular * Location(s) | | | |
| Limited Station(s) | | | |
| Totals | | | |
| | none | none | none |

(Total Fees Collected Must agree with Schedule E 1 b - Line 2)

\* includes mobile units

## Schedule E 2 - EPFT Fees

| Number of Transactions | Dollar Amount | Fees Collected |
|---|---|---|
| | | none |

(Total Fees Collected Must agree with Schedule E - Line 3)

## Schedule E 3 - Other Income

| Description | Fees Collected |
|---|---|
| Money Order Fees | 26,421 |
| Utility Bill Fees | 4,650 |
| Lottery Fees | none |
| Money Transmission Fees | 14,238 |
| Metrocard Fees | 411 |
| EBT Fees | 9,317 |
| ATM Fees | 1,140 |
| Telephone Fees | 4,250 |
| Pay Net Fees | none |
| Phone Card Fees | 839 |
| Parking Ticket Fees | none |
| Cable Fees | 3,364 |
| Cashpoint Link Fees | 34 |
| Miscellaneous Fees | 757 |
| Interest Income | 19,530 |
| Forgiveness of Debt, net | 60,062 |
| Total (Must Agree with Schedule E - Line 4) | 145,013 |

STATE OF NEW YORK BANKING DEPARTMENT
LICENSED CASHERS OF CHECKS ANNUAL REPORT
YEAR ENDING  December 31, 2005

Licensee_____Prima Check Cashing Inc.\ dba: American Check Cashing & Financial Services_____

Schedule E
**INCOME AND EXPENSE STATEMENT**

Location:___242 South Fulton Avenue  Mount Vernon, NY  10550_____
For the ____12_____month period from _____January_1, 2005__to __December 31, 2005_____

| | | Amount (Nearest Dollar) |
|---|---|---|
| | **Income** | |
| 1. | Total Check Cashing Fees Collected  Consumer (Schedule  E  1 a) | 138,382 |
| 2. | Total Check Cashing Fees Collected  Commercial  (Schedule  E  1 b) | none |
| 3. | EPFT Fees  (E  2) | none |
| 4. | Other Income  (E  3) | 121,800 |
| | Total Income | 260,182 |
| | **Expenses** | |
| 5. | Salaries - Officers | 8,487 |
| 6. | Salaries - Proprietors & Partners | none |
| 7. | Salaries - Employees | 73,298 |
| 8. | Management Fees | 11,071 |
| 9. | Money Delivery Charges | 8,506 |
| 10. | Bank Service Charges | 13,870 |
| 11. | Insurance & Protection | 18,411 |
| 12. | Interest Paid | 36,031 |
| 13. | Rent | 12,900 |
| 14. | Legal and Professional Fees | 10,583 |
| 15. | Advertising, Dues, etc. | 3,064 |
| 16. | Telephone and Telegraph | 6,485 |
| 17. | Taxes & License Fees | 15,177 |
| 18. | Contributions, Donations and Entertainment | none |
| 19. | Losses | 6,841 |
| 20. | Other Expenses | 72,836 |
| 21. | Total Expenses | 297,560 |
| 22. | Net Profit  (Line 4 greater than Line 21) | |
| 23. | Net Loss  (Line 21 greater than Line 4) | (37,378) |

## Schedule E 1 a - Check Cashing Fees Collected Consumer

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Licensed Location(s) | 22,152 | 9,093,370 | 138,382 |
| Limited Station(s) | | | |
| Totals | | | |
| | 22,152 | 9,093,370 | 138,382 |

(Total Fees Collected Must agree with Schedule E 1 a - Line 1)

* includes mobile units

## Schedule E 1 b - Check Cashing Fees Collected Commercial

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Regular * Location(s) | | | |
| Limited Station(s) | | | |
| Totals | | | |
| | none | none | none |

(Total Fees Collected Must agree with Schedule E 1 b - Line 2)

* includes mobile units

## Schedule E 2 - EPFT Fees

| Number of Transactions | Dollar Amount | Fees Collected |
|---|---|---|
| | | none |

(Total Fees Collected Must agree with Schedule E - Line 3)

## Schedule E 3 - Other Income

| Description | Fees Collected |
|---|---|
| Money Order Fees | 10,340 |
| Utility Bill Fees | 1,281 |
| Lottery Fees | none |
| Money Transmission Fees | 23,269 |
| Metrocard Fees | 411 |
| EBT Fees | 2,130 |
| ATM Fees | 1,140 |
| Telephone Fees | 1,425 |
| Pay Net Fees | none |
| Phone Card Fees | 839 |
| Parking Ticket Fees | none |
| Cable Fees | 516 |
| Forgiveness of Debt, net | 60,062 |
| Miscellaneous Fees | 757 |
| Interest Income | 19,530 |
| Voice Stream Fees | 100 |
| Total (Must Agree with Schedule E - Line 4) | 121,800 |

STATE OF NEW YORK BANKING DEPARTMENT
LICENSED CASHERS OF CHECKS ANNUAL REPORT
YEAR ENDING December 31, 2005

Licensee_____Prima Check Cashing Inc.\ dba: American Check Cashing & Financial Services_____

Schedule E
**INCOME AND EXPENSE STATEMENT**

Location:___44 North Saw Mill River Road Elmsford, NY 10523_____
For the ____12___ month period from _____January_1, 2005__to __December 31, 2005_____ _____

| | Income | Amount (Nearest Dollar) |
|---|---|---|
| 1. | Total Check Cashing Fees Collected  Consumer (Schedule E 1 a) | 263,723 |
| 2. | Total Check Cashing Fees Collected  Commercial (Schedule E 1 b) | none |
| 3. | EPFT Fees  (E 2) | none |
| 4. | Other Income  (E 3) | 110,493 |
| | Total Income | 374,216 |

| | Expenses | |
|---|---|---|
| 5. | Salaries - Officers | 8,487 |
| 6. | Salaries - Proprietors & Partners | none |
| 7. | Salaries - Employees | 73,134 |
| 8. | Management Fees | 11,071 |
| 9. | Money Delivery Charges | 7,768 |
| 10. | Bank Service Charges | 13,870 |
| 11. | Insurance & Protection | 18,079 |
| 12. | Interest Paid | 36,031 |
| 13. | Rent | 13,500 |
| 14. | Legal and Professional Fees | 10,583 |
| 15. | Advertising, Dues, etc. | 2,229 |
| 16. | Telephone and Telegraph | 1,293 |
| 17. | Taxes & License Fees | 16,073 |
| 18. | Contributions, Donations and Entertainment | none |
| 19. | Losses | 10,450 |
| 20. | Other Expenses | 149,563 |
| 21. | Total Expenses | 372,131 |
| 22. | Net Profit  (Line 4 greater than Line 21) | 2,085 |
| 23. | Net Loss  (Line 21 greater than Line 4) | |

## Schedule E 1 a - Check Cashing Fees Collected Consumer

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Licensed Location(s) | 27,144 | 18,816,855 | 263,723 |
| Limited Station(s) | | | |
| Totals | | | |
| | 27,144 | 18,816,855 | 263,723 |

(Total Fees Collected Must agree with Schedule E 1 a - Line 1)

* includes mobile units

## Schedule E 1 b - Check Cashing Fees Collected Commercial

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Regular * Location(s) | | | |
| Limited Station(s) | | | |
| Totals | | | |
| | none | none | none |

(Total Fees Collected Must agree with Schedule E 1 b - Line 2)

* includes mobile units

## Schedule E 2 - EPFT Fees

| Number of Transactions | Dollar Amount | Fees Collected |
|---|---|---|
| | | none |

(Total Fees Collected Must agree with Schedule E - Line 3)

## Schedule E 3 - Other Income

| Description | Fees Collected |
|---|---|
| Money Order Fees | 8,514 |
| Utility Bill Fees | 1,097 |
| Lottery Fees | none |
| Money Transmission Fees | 16,335 |
| Metrocard Fees | 411 |
| EBT Fees | none |
| ATM Fees | 1,140 |
| Telephone Fees | 1,782 |
| Pay Net Fees | none |
| Phone Card Fees | 839 |
| Parking Ticket Fees | 1 |
| Cable Fees | 24 |
| Forgiveness of Debt, net | 60,062 |
| Miscellaneous Fees | 757 |
| Interest Income | 19,530 |
| Voice Stream Fees | 1 |

Total (Must Agree with Schedule E - Line 4)        110,493

STATE OF NEW YORK BANKING DEPARTMENT
LICENSED CASHERS OF CHECKS ANNUAL REPORT
YEAR ENDING December 31, 2005

Licensee_____Prima Check Cashing Inc.\ dba: American Check Cashing & Financial Services_____

Schedule E
**INCOME AND EXPENSE STATEMENT**

Location:__723 Burke Avenue  Bronx, NY 10467_____
For the ___12___month period from ____January_1, 2005__to __December_31, 2005_____

|   | Income | Amount (Nearest Dollar) |
|---|---|---|
| 1. | Total Check Cashing Fees Collected  Consumer (Schedule E 1 a) | 122,949 |
| 2. | Total Check Cashing Fees Collected  Commercial (Schedule E 1 b) | none |
| 3. | EPFT Fees (E 2) | none |
| 4. | Other Income (E 3) | 158,747 |
|   | Total Income | 281,696 |

| | Expenses | |
|---|---|---|
| 5. | Salaries - Officers | 8,487 |
| 6. | Salaries - Proprietors & Partners | none |
| 7. | Salaries - Employees | 80,286 |
| 8. | Management Fees | 11,071 |
| 9. | Money Delivery Charges | 8,622 |
| 10. | Bank Service Charges | 13,870 |
| 11. | Insurance & Protection | 20,059 |
| 12. | Interest Paid | 36,031 |
| 13. | Rent | 18,556 |
| 14. | Legal and Professional Fees | 10,583 |
| 15. | Advertising, Dues, etc. | 2,229 |
| 16. | Telephone and Telegraph | 4,388 |
| 17. | Taxes & License Fees | 21,660 |
| 18. | Contributions, Donations and Entertainment | none |
| 19. | Losses | 8,322 |
| 20. | Other Expenses | 76,776 |
| 21. | Total Expenses | 320,940 |
| 22. | Net Profit (Line 4 greater than Line 21) | 0 |
| 23. | Net Loss (Line 21 greater than Line 4) | (39,244) |

### Schedule E 1 a - Check Cashing Fees Collected Consumer

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Licensed Location(s) | 22,446 | 8,123,298 | 122,949 |
| Limited Station(s) | | | |
| Totals | | | |
| | 22,446 | 8,123,298 | 122,949 |

(Total Fees Collected Must agree with Schedule E 1 a - Line 1)

* includes mobile units

### Schedule E 1 b - Check Cashing Fees Collected Commercial

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Regular * Location(s) | | | |
| Limited Station(s) | | | |
| Totals | | | |
| | none | none | none |

(Total Fees Collected Must agree with Schedule E 1 b - Line 2)

* includes mobile units

### Schedule E 2 - EPFT Fees

| Number of Transactions | Dollar Amount | Fees Collected |
|---|---|---|
| | | none |

(Total Fees Collected Must agree with Schedule E - Line 3)

### Schedule E 3 - Other Income

| Description | Fees Collected |
|---|---|
| Money Order Fees | 18,653 |
| Utility Bill Fees | 2,738 |
| Lottery Fees | none |
| Money Transmission Fees | 42,114 |
| Metrocard Fees | 411 |
| EBT Fees | 7,224 |
| ATM Fees | 1,140 |
| Telephone Fees | 3,193 |
| Pay Net Fees | none |
| Phone Card Fees | 839 |
| Parking Ticket Fees | none |
| Cable Fees | 2,048 |
| Cashpoint Link Fees | 38 |
| Miscellaneous Fees | 757 |
| Interest Income | 19,530 |
| Forgiveness of Debt, net | 60,062 |
| | |
| Total (Must Agree with Schedule E - Line 4) | 158,747 |

STATE OF NEW YORK BANKING DEPARTMENT
LICENSED CASHERS OF CHECKS ANNUAL REPORT
YEAR ENDING December 31, 2005

Licensee_____Prima Check Cashing Inc.\ dba: American Check Cashing & Financial Services_____

Schedule E
**INCOME AND EXPENSE STATEMENT**

Location:__30-09 Astoria Blvd  LIC, NY  11102_____
For the ____12___month period from ____January_1, 2005__to __December_31, 2005 _____

|  | Income | Amount (Nearest Dollar) |
|---|---|---|
| 1. | Total Check Cashing Fees Collected Consumer (Schedule E 1 a) | 46,562 |
| 2. | Total Check Cashing Fees Collected Commercial (Schedule E 1 b) | none |
| 3. | EPFT Fees (E 2) | none |
| 4. | Other Income (E 3) | 102,199 |
|  | Total Income | 148,761 |

| | Expenses | |
|---|---|---|
| 5. | Salaries - Officers | 8,487 |
| 6. | Salaries - Proprietors & Partners | none |
| 7. | Salaries - Employees | 60,345 |
| 8. | Management Fees | 11,071 |
| 9. | Money Delivery Charges | 8,622 |
| 10. | Bank Service Charges | 13,870 |
| 11. | Insurance & Protection | 20,533 |
| 12. | Interest Paid | 36,031 |
| 13. | Rent | 38,896 |
| 14. | Legal and Professional Fees | 10,583 |
| 15. | Advertising, Dues, etc. | 2,229 |
| 16. | Telephone and Telegraph | 4,696 |
| 17. | Taxes & License Fees | 14,573 |
| 18. | Contributions, Donations and Entertainment | none |
| 19. | Losses | 10,294 |
| 20. | Other Expenses | 80,382 |
| 21. | Total Expenses | 320,612 |
| 22. | Net Profit (Line 4 greater than Line 21) | 0 |
| 23. | Net Loss (Line 21 greater than Line 4) | (171,851) |

### Schedule E 1 a - Check Cashing Fees Collected Consumer

| Facility | # of Checks Cashed | Dollar Amount | |
|---|---|---|---|
| Licensed Location(s) | 6,461 | 2,990,386 | 46,562 |
| Limited Station(s) | | | |
| Totals | | | |
| | 6,461 | 2,990,386 | 46,562 |

(Total Fees Collected Must agree with Schedule E 1 a - Line 1)

* includes mobile units

### Schedule E 1 b - Check Cashing Fees Collected Commercial

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Regular * Location(s) | | | |
| Limited Station(s) | | | |
| Totals | | | |
| | none | none | none |

(Total Fees Collected Must agree with Schedule E 1 b - Line 2)

* includes mobile units

### Schedule E 2 - EPFT Fees

| Number of Transactions | Dollar Amount | Fees Collected |
|---|---|---|
| | | none |

(Total Fees Collected Must agree with Schedule E - Line 3)

### Schedule E 3 - Other Income

| Description | Fees Collected |
|---|---|
| Money Order Fees | 6,494 |
| Utility Bill Fees | 1,974 |
| Lottery Fees | none |
| Money Transmission Fees | 8,178 |
| Metrocard Fees | 411 |
| EBT Fees | 508 |
| ATM Fees | 1,140 |
| Telephone Fees | 1,709 |
| Pay Net Fees | none |
| Phone Card Fees | 839 |
| Parking Ticket Fees | none |
| Cable Fees | 597 |
| Cashpoint Link Fees | none |
| Miscellaneous Fees | 757 |
| Interest Income | 19,530 |
| Forgiveness of Debt, net | 60,062 |
| | |
| | |
| Total (Must Agree with Schedule E - Line 4) | 102,199 |

STATE OF NEW YORK BANKING DEPARTMENT
LICENSED CASHERS OF CHECKS ANNUAL REPORT
YEAR ENDING December 31, 2005

Licensee_____Prima Check Cashing Inc.\ dba: American Check Cashing & Financial Services_____

Schedule E
**INCOME AND EXPENSE STATEMENT**

Location:_343 Rockaway Turnpike, Lawrence, NY 11559_____ ____
For the ____12___month period from ____January_1, 2005__to __December_31, 2005 _____ ____

|  | **Income** | Amount (Nearest Dollar) |
|---|---|---|
| 1. | Total Check Cashing Fees Collected  Consumer (Schedule E 1 a) | 181,616 |
| 2. | Total Check Cashing Fees Collected  Commercial (Schedule E 1 b) | none |
| 3. | EPFT Fees (E 2) | |
| 4. | Other Income (E 3) | 128,564 |
|  | Total Income | 310,180 |

|  | **Expenses** |  |
|---|---|---|
| 5. | Salaries - Officers | 8,487 |
| 6. | Salaries - Proprietors & Partners | none |
| 7. | Salaries - Employees | 144,765 |
| 8. | Management Fees | 11,071 |
| 9. | Money Delivery Charges | 8,643 |
| 10. | Bank Service Charges | 13,870 |
| 11. | Insurance & Protection | 24,735 |
| 12. | Interest Paid | 36,031 |
| 13. | Rent | 70,232 |
| 14. | Legal and Professional Fees | 10,583 |
| 15. | Advertising, Dues, etc. | 2,229 |
| 16. | Telephone and Telegraph | 5,639 |
| 17. | Taxes & License Fees | 22,088 |
| 18. | Contributions, Donations and Entertainment | none |
| 19. | Losses | 10,064 |
| 20. | Other Expenses | 99,575 |
| 21. | Total Expenses | 468,012 |
| 22. | Net Profit (Line 4 greater than Line 21) | 0 |
| 23. | Net Loss (Line 21 greater than Line 4) | (157,832) |

## Schedule E 1 a - Check Cashing Fees Collected Consumer

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Licensed Location(s) | 30,164 | 12,116,226 | 181,616 |
| Limited Station(s) | | | |
| Totals | | | |
| | 30,164 | 12,116,226 | 181,616 |

(Total Fees Collected Must agree with Schedule E 1 a - Line 1)

* includes mobile units

## Schedule E 1 b - Check Cashing Fees Collected Commercial

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Regular * Location(s) | | | |
| Limited Station(s) | | | |
| Totals | | | |
| | none | none | none |

(Total Fees Collected Must agree with Schedule E 1 b - Line 2)

* includes mobile units

## Schedule E 2 - EPFT Fees

| Number of Transactions | Dollar Amount | Fees Collected |
|---|---|---|
| | | none |

(Total Fees Collected Must agree with Schedule E - Line 3)

## Schedule E 3 - Other Income

| Description | Fees Collected |
|---|---|
| Money Order Fees | 15,866 |
| Utility Bill Fees | 1,151 |
| Lottery Fees | none |
| Money Transmission Fees | 25,637 |
| Metrocard Fees | 411 |
| EBT Fees | none |
| ATM Fees | 1,140 |
| Telephone Fees | 2,187 |
| Pay Net Fees | none |
| Phone Card Fees | 839 |
| Parking Ticket Fees | none |
| Cable Fees | 826 |
| Cashpoint Link Fees | none |
| Miscellaneous Fees | 757 |
| Interest Income | 19,530 |
| Voice Stream Fees | 158 |
| Forgivenes of Debt, net | 60,062 |
| Total (Must Agree with Schedule E - Line 4) | 128,564 |

STATE OF NEW YORK BANKING DEPARTMENT
LICENSED CASHERS OF CHECKS ANNUAL REPORT
YEAR ENDING December 31, 2005

Licensee_____Prima Check Cashing Inc.\ dba: American Check Cashing & Financial Services_____

Schedule E
**INCOME AND EXPENSE STATEMENT**

Location: 302 Lenox Avenue  New York, NY 10027_____
For the ____12___month period from ____January_1, 2005__to __December_31, 2005 _____

| | Income | Amount (Nearest Dollar) |
|---|---|---|
| 1. | Total Check Cashing Fees Collected  Consumer (Schedule E 1 a) | 311,699 |
| 2. | Total Check Cashing Fees Collected  Commercial (Schedule E 1 b) | none |
| 3. | EPFT Fees (E 2) | none |
| 4. | Other Income (E 3) | 196,240 |
| | Total Income | 507,939 |

| | Expenses | |
|---|---|---|
| 5. | Salaries - Officers | 8,487 |
| 6. | Salaries - Proprietors & Partners | none |
| 7. | Salaries - Employees | 80,137 |
| 8. | Management Fees | 11,071 |
| 9. | Money Delivery Charges | 8,622 |
| 10. | Bank Service Charges | 13,870 |
| 11. | Insurance & Protection | 31,481 |
| 12. | Interest Paid | 36,031 |
| 13. | Rent | 49,665 |
| 14. | Legal and Professional Fees | 10,583 |
| 15. | Advertising, Dues, etc. | 2,229 |
| 16. | Telephone and Telegraph | 5,815 |
| 17. | Taxes & License Fees | 21,542 |
| 18. | Contributions, Donations and Entertainment | none |
| 19. | Losses | 9,765 |
| 20. | Other Expenses | 126,269 |
| 21. | Total Expenses | 415,567 |
| 22. | Net Profit (Line 4 greater than Line 21) | 92,372 |
| 23. | Net Loss (Line 21 greater than Line 4) | |

### Schedule E 1 a - Check Cashing Fees Collected Consumer

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Licensed Location(s) | 43,298 | 16,974,586 | 311,699 |
| Limited Station(s) | | | |
| Totals | | | |
| | 43,298 | 16,974,586 | 311,699 |

(Total Fees Collected Must agree with Schedule  E 1 a - Line 1)

* includes mobile units

### Schedule E 1 b - Check Cashing Fees Collected Commercial

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Regular * Location(s) | | | |
| Limited Station(s) | | | |
| Totals | | | |
| | none | none | none |

(Total Fees Collected Must agree with Schedule  E 1 b - Line 2)

* includes mobile units

### Schedule E 2 - EPFT Fees

| Number of Transactions | Dollar Amount | Fees Collected |
|---|---|---|
| | | none |

(Total Fees Collected Must agree with Schedule  E - Line 3)

### Schedule E 3 - Other Income

| Description | Fees Collected |
|---|---|
| Money Order Fees | 65,415 |
| Utility Bill Fees | 3,860 |
| Lottery Fees | none |
| Money Transmission Fees | 22,072 |
| Metrocard Fees | 411 |
| EBT Fees | 17,202 |
| ATM Fees | 1,140 |
| Telephone Fees | 3,283 |
| UACC Fees | 1,541 |
| Phone Card Fees | 839 |
| Parking Ticket Fees | 1 |
| Cable Fees | none |
| Cashpoint Link Fees | 23 |
| Miscellaneous Fees | 757 |
| Interest Income | 19,530 |
| Voice Stream Fees | 104 |
| Forgiveness of Debt, net | 60,062 |
| Total (Must Agree with Schedule E - Line 4) | 196,240 |

STATE OF NEW YORK BANKING DEPARTMENT
LICENSED CASHERS OF CHECKS ANNUAL REPORT
YEAR ENDING  December 31, 2005

Licensee_____Prima Check Cashing Inc.\ dba: American Check Cashing & Financial Services_____

Schedule E
**INCOME AND EXPENSE STATEMENT**

Location:_____544 East Fordham Road, Bronx NY_____

For the _____12___month period from ____January_1, 2005__to __December_31, 2005 _____

| | Income | Amount (Nearest Dollar) |
|---|---|---|
| 1. | Total Check Cashing Fees Collected  Consumer (Schedule E  1 a) | 709,559 |
| 2. | Total Check Cashing Fees Collected  Commercial (Schedule E  1 b) | none |
| 3. | EPFT Fees  (E  2) | none |
| 4. | Other Income  (E  3) | 262,440 |
| | Total Income | 971,999 |

| | Expenses | |
|---|---|---|
| 5. | Salaries - Officers | 8,487 |
| 6. | Salaries - Proprietors & Partners | none |
| 7. | Salaries - Employees | 250,358 |
| 8. | Management Fees | 11,071 |
| 9. | Money Delivery Charges | 7,873 |
| 10. | Bank Service Charges | 13,870 |
| 11. | Insurance & Protection | 18,826 |
| 12. | Interest Paid | 36,031 |
| 13. | Rent | 35,725 |
| 14. | Legal and Professional Fees | 10,583 |
| 15. | Advertising, Dues, etc. | 2,499 |
| 16. | Telephone and Telegraph | 8,627 |
| 17. | Taxes & License Fees | 34,742 |
| 18. | Contributions, Donations and Entertainment | none |
| 19. | Losses | 6,006 |
| 20. | Other Expenses | 143,397 |
| 21. | Total Expenses | 588,095 |
| 22. | Net Profit  (Line 4 greater than Line 21) | 383,904 |
| 23. | Net Loss  (Line 21 greater than Line 4) | |

## Schedule E 1 a - Check Cashing Fees Collected Consumer

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Licensed Location(s) | 103,292 | 51,324,257 | 709,559 |
| Limited Station(s) | | | |
| Totals | | | |
| | 103,292 | 51,324,257 | 709,559 |

(Total Fees Collected Must agree with Schedule E 1 a - Line 1)

\* includes mobile units

## Schedule E 1 b - Check Cashing Fees Collected Commercial

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Regular * Location(s) | | | |
| Limited Station(s) | | | |
| Totals | | | |
| | none | none | none |

(Total Fees Collected Must agree with Schedule E 1 b - Line 2)

\* includes mobile units

## Schedule E 2 - EPFT Fees

| Number of Transactions | Dollar Amount | Fees Collected |
|---|---|---|
| . | | none |

(Total Fees Collected Must agree with Schedule E - Line 3)

## Schedule E 3 - Other Income

| Description | Fees Collected |
|---|---|
| Money Order Fees | 47,374 |
| Utility Bill Fees | 4,415 |
| Lottery Fees | none |
| Money Transmission Fees | 114,137 |
| Metrocard Fees | 411 |
| EBT Fees | 6,795 |
| ATM Fees | 1,140 |
| Telephone Fees | 4,142 |
| Pay Net Fees | none |
| Phone Card Fees | 839 |
| Parking Ticket Fees | none |
| Cable Fees | 2,838 |
| Cashpoint Link Fees | none |
| Miscellaneous Fees | 757 |
| Interest Income | 19,530 |
| Forgiveness of Debt, net | 60,062 |
| Total (Must Agree with Schedule E - Line 4) | 262,440 |

STATE OF NEW YORK BANKING DEPARTMENT
LICENSED CASHERS OF CHECKS ANNUAL REPORT
YEAR ENDING  December 31, 2005

Licensee_____Prima Check Cashing Inc.\ dba: American Check Cashing & Financial Services_____

Schedule E
**INCOME AND EXPENSE STATEMENT**

Location:_____1740 1st Avenue, New York, NY_____
For the ____12___ month period from ____January_1, 2005__to __December_31, 2005 _____

| | Income | Amount (Nearest Dollar) |
|---|---|---|
| 1. | Total Check Cashing Fees Collected  Consumer (Schedule  E  1 a) | 549,319 |
| 2. | Total Check Cashing Fees Collected  Commercial  (Schedule  E  1 b) | none |
| 3. | EPFT Fees  (E  2) | none |
| 4. | Other Income  (E  3) | 231,287 |
| | Total Income | 780,606 |

| | **Expenses** | |
|---|---|---|
| 5. | Salaries - Officers | 8,487 |
| 6. | Salaries - Proprietors & Partners | none |
| 7. | Salaries - Employees | 216,165 |
| 8. | Management Fees | 11,071 |
| 9. | Money Delivery Charges | 8,622 |
| 10. | Bank Service Charges | 13,870 |
| 11. | Insurance & Protection | 18,467 |
| 12. | Interest Paid | 36,031 |
| 13. | Rent | 82,624 |
| 14. | Legal and Professional Fees | 10,583 |
| 15. | Advertising, Dues, etc. | 2,229 |
| 16. | Telephone and Telegraph | 8,321 |
| 17. | Taxes & License Fees | 31,093 |
| 18. | Contributions, Donations and Entertainment | none |
| 19. | Losses | 10,317 |
| 20. | Other Expenses | 129,489 |
| 21. | Total Expenses | 587,369 |
| 22. | Net Profit  (Line 4 greater than Line 21) | 193,237 |
| 23. | Net Loss  (Line 21 greater than Line 4) | |

## Schedule E 1 a - Check Cashing Fees Collected Consumer

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Licensed Location(s) | 77,564 | 36,527,375 | 549,319 |
| Limited Station(s) | | | |
| Totals | | | |
| | 77,564 | 36,527,375 | 549,319 |

(Total Fees Collected Must agree with Schedule E 1 a - Line 1)

* includes mobile units

## Schedule E 1 b - Check Cashing Fees Collected Commercial

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Regular * Location(s) | | | |
| Limited Station(s) | | | |
| Totals | | | |
| | none | none | none |

(Total Fees Collected Must agree with Schedule E 1 b - Line 2)

* includes mobile units

## Schedule E 2 - EPFT Fees

| Number of Transactions | Dollar Amount | Fees Collected |
|---|---|---|
| | | none |

(Total Fees Collected Must agree with Schedule E - Line 3)

## Schedule E 3 - Other Income

| Description | Fees Collected |
|---|---|
| Money Order Fees | 47,978 |
| Utility Bill Fees | 4,495 |
| Lottery Fees | none |
| Money Transmission Fees | 86,358 |
| Metrocard Fees | 411 |
| EBT Fees | 2,403 |
| ATM Fees | 1,140 |
| Telephone Fees | 4,220 |
| Pay Net Fees | none |
| Phone Card Fees | 839 |
| Parking Ticket Fees | none |
| Cable Fees | 3,094 |
| Cashpoint Link Fees | none |
| Miscellaneous Fees | 757 |
| Interest Income | 19,530 |
| Forgiveness of Debt, net | 60,062 |
| Total (Must Agree with Schedule E - Line 4) | 231,287 |

STATE OF NEW YORK BANKING DEPARTMENT
LICENSED CASHERS OF CHECKS ANNUAL REPORT
YEAR ENDING  December 31, 2005

Licensee_____Prima Check Cashing Inc.\ dba: American Check Cashing & Financial Services_____

Schedule E
**INCOME AND EXPENSE STATEMENT**

Location:_____94 East 161st Street, New York, NY_____
For the ____12___month period from ____January_1, 2005__to __December_31, 2005 _____

| | Income | Amount (Nearest Dollar) |
|---|---|---|
| 1. | Total Check Cashing Fees Collected  Consumer (Schedule  E  1 a) | 409,776 |
| 2. | Total Check Cashing Fees Collected  Commercial  (Schedule  E  1 b) | none |
| 3. | EPFT Fees  (E  2) | none |
| 4. | Other Income  (E  3) | 198,473 |
| | Total Income | 608,249 |

| | Expenses | |
|---|---|---|
| 5. | Salaries - Officers | 8,487 |
| 6. | Salaries - Proprietors & Partners | none |
| 7. | Salaries - Employees | 111,274 |
| 8. | Management Fees | 11,071 |
| 9. | Money Delivery Charges | 8,633 |
| 10. | Bank Service Charges | 13,870 |
| 11. | Insurance & Protection | 20,147 |
| 12. | Interest Paid | 36,031 |
| 13. | Rent | 45,172 |
| 14. | Legal and Professional Fees | 10,583 |
| 15. | Advertising, Dues, etc. | 2,229 |
| 16. | Telephone and Telegraph | 6,160 |
| 17. | Taxes & License Fees | 19,629 |
| 18. | Contributions, Donations and Entertainment | none |
| 19. | Losses | 7,641 |
| 20. | Other Expenses | 136,186 |
| 21. | Total Expenses | 437,113 |
| 22. | Net Profit  (Line 4 greater than Line 21) | 171,136 |
| 23. | Net Loss  (Line 21 greater than Line 4) | |

### Schedule E 1 a - Check Cashing Fees Collected Consumer

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Licensed Location(s) | 57,300 | 26,999,570 | 409,776 |
| Limited Station(s) | | | |
| Totals | | | |
| | 57,300 | 26,999,570 | 409,776 |

(Total Fees Collected Must agree with Schedule E 1 a - Line 1)

* includes mobile units

### Schedule E 1.b - Check Cashing Fees Collected Commercial

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Regular * Location(s) | | | |
| Limited Station(s) | | | |
| Totals | | | |
| | none | none | none |

(Total Fees Collected Must agree with Schedule E 1 b - Line 2)

* includes mobile units

### Schedule E 2 - EPFT Fees

| Number of Transactions | Dollar Amount | Fees Collected |
|---|---|---|
| | | none |

(Total Fees Collected Must agree with Schedule E - Line 3)

### Schedule E 3 - Other Income

| Description | Fees Collected |
|---|---|
| Money Order Fees | 64,527 |
| Utility Bill Fees | 4,621 |
| Lottery Fees | none |
| Money Transmission Fees | 24,398 |
| Metrocard Fees | 411 |
| EBT Fees | 13,023 |
| ATM Fees | 1,140 |
| Telephone Fees | 4,935 |
| Pay Net Fees | none |
| Phone Card Fees | 839 |
| Parking Ticket Fees | none |
| Cable Fees | 4,230 |
| Cashpoint Link Fees | none |
| Miscellaneous Fees | 757 |
| Interest Income | 19,530 |
| Forgiveness of Debt, net | 60,062 |
| Total (Must Agree with Schedule E - Line 4) | 198,473 |

STATE OF NEW YORK BANKING DEPARTMENT
LICENSED CASHERS OF CHECKS ANNUAL REPORT
YEAR ENDING  December 31, 2005

Licensee_____Prima Check Cashing Inc.\ dba: American Check Cashing & Financial Services_____

Schedule E
**INCOME AND EXPENSE STATEMENT**

Location:_____1801 University Avenue, New York, NY_____
For the ____12___month period from ____January_1, 2005__to __December_31, 2005 _____

| | Amount (Nearest Dollar) |
|---|---|
| **Income** | |
| 1.  Total Check Cashing Fees Collected  Consumer (Schedule  E  1 a) | 261,174 |
| 2.  Total Check Cashing Fees Collected  Commercial  (Schedule  E  1 b) | none |
| 3.  EPFT Fees  (E  2) | none |
| 4.  Other Income  (E  3) | 164,188 |
| Total Income | 425,362 |
| **Expenses** | |
| 5.  Salaries - Officers | 8,487 |
| 6.  Salaries - Proprietors & Partners | none |
| 7.  Salaries - Employees | 80,826 |
| 8.  Management Fees | 11,071 |
| 9.  Money Delivery Charges | 8,622 |
| 10.  Bank Service Charges | 13,870 |
| 11.  Insurance & Protection | 20,059 |
| 12.  Interest Paid | 36,031 |
| 13.  Rent | 21,329 |
| 14.  Legal and Professional Fees | 10,583 |
| 15.  Advertising, Dues, etc. | 2,229 |
| 16.  Telephone and Telegraph | 5,803 |
| 17.  Taxes & License Fees | 16,502 |
| 18.  Contributions, Donations and Entertainment | none |
| 19.  Losses | 8,143 |
| 20.  Other Expenses | 154,423 |
| 21.  Total Expenses | 397,978 |
| 22.  Net Profit  (Line 4 greater than Line 21) | 27,384 |
| 23.  Net Loss  (Line 21 greater than Line 4) | |

—

## Schedule E 1 a - Check Cashing Fees Collected Consumer

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Licensed Location(s) | 44,935 | 17,164,154 | 261,174 |
| Limited Station(s) | | | |
| Totals | | | |
| | 44,935 | 17,164,154 | 261,174 |

(Total Fees Collected Must agree with Schedule E 1 a - Line 1)

* includes mobile units

## Schedule E 1 b - Check Cashing Fees Collected Commercial

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Regular * Location(s) | | | |
| Limited Station(s) | | | |
| Totals | | | |
| | none | none | none |

(Total Fees Collected Must agree with Schedule E 1 b - Line 2)

* includes mobile units

## Schedule E 2 - EPFT Fees

| Number of Transactions | Dollar Amount | Fees Collected |
|---|---|---|
| | | none |

(Total Fees Collected Must agree with Schedule E - Line 3)

## Schedule E 3 - Other Income

| Description | Fees Collected |
|---|---|
| Money Order Fees | 31,250 |
| Utility Bill Fees | 4,124 |
| Lottery Fees | none |
| Money Transmission Fees | 17,196 |
| Metrocard Fees | 411 |
| EBT Fees | 20,905 |
| ATM Fees | 1,140 |
| Telephone Fees | 4,239 |
| Pay Net Fees | none |
| Phone Card Fees | 839 |
| Parking Ticket Fees | none |
| Cable Fees | 3,710 |
| Cashpoint Link Fees | 25 |
| Miscellaneous Fees | 757 |
| Interest Income | 19,530 |
| Forgiveness of Debt, net | 60,062 |
| Total (Must Agree with Schedule E - Line 4) | 164,188 |

STATE OF NEW YORK BANKING DEPARTMENT
LICENSED CASHERS OF CHECKS ANNUAL REPORT
YEAR ENDING December 31, 2005

Licensee_____Prima Check Cashing Inc.\ dba: American Check Cashing & Financial Services_____

Schedule E
**INCOME AND EXPENSE STATEMENT**

Location:_____52-41 Van Dam, New York, NY_____
For the ____12___month period from ____January_1, 2005__to __December_31, 2005 _____

| | Income | Amount (Nearest Dollar) |
|---|---|---|
| 1. | Total Check Cashing Fees Collected  Consumer (Schedule E 1 a) | 342,703 |
| 2. | Total Check Cashing Fees Collected  Commercial (Schedule E 1 b) | none |
| 3. | EPFT Fees (E 2) | none |
| 4. | Other Income (E 3) | 94,456 |
| | Total Income | 437,159 |

| | Expenses | |
|---|---|---|
| 5. | Salaries - Officers | 8,487 |
| 6. | Salaries - Proprietors & Partners | none |
| 7. | Salaries - Employees | 82,839 |
| 8. | Management Fees | 11,071 |
| 9. | Money Delivery Charges | 7,873 |
| 10. | Bank Service Charges | 13,870 |
| 11. | Insurance & Protection | 20,543 |
| 12. | Interest Paid | 36,031 |
| 13. | Rent | 23,720 |
| 14. | Legal and Professional Fees | 10,583 |
| 15. | Advertising, Dues, etc. | 2,229 |
| 16. | Telephone and Telegraph | 2,975 |
| 17. | Taxes & License Fees | 16,598 |
| 18. | Contributions, Donations and Entertainment | none |
| 19. | Losses | 7,954 |
| 20. | Other Expenses | 80,678 |
| 21. | Total Expenses | 325,451 |
| 22. | Net Profit (Line 4 greater than Line 21) | 111,708 |
| 23. | Net Loss (Line 21 greater than Line 4) | |

### Schedule E 1 a - Check Cashing Fees Collected Consumer

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Licensed Location(s) | 47,213 | 24,599,801 | 342,703 |
| Limited Station(s) | | | |
| Totals | | | |
| | 47,213 | 24,599,801 | 342,703 |

(Total Fees Collected Must agree with Schedule E 1 a - Line 1)
* includes mobile units

### Schedule E 1 b - Check Cashing Fees Collected Commercial

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Regular * Location(s) | | | |
| Limited Station(s) | | | |
| Totals | | | |
| | none | none | none |

(Total Fees Collected Must agree with Schedule E 1 b - Line 2)
* includes mobile units

### Schedule E 2 - EPFT Fees

| Number of Transactions | Dollar Amount | Fees Collected |
|---|---|---|
| | | none |

(Total Fees Collected Must agree with Schedule E - Line 3)

### Schedule E 3 - Other Income

| Description | Fees Collected |
|---|---|
| Money Order Fees | 7,162 |
| Utility Bill Fees | 365 |
| Lottery Fees | none |
| Money Transmission Fees | 3,725 |
| Metrocard Fees | 411 |
| EBT Fees | none |
| ATM Fees | 1,140 |
| Telephone Fees | 323 |
| Pay Net Fees | none |
| Phone Card Fees | 839 |
| Parking Ticket Fees | none |
| Cable Fees | 142 |
| Cashpoint Link Fees | none |
| Miscellaneous Fees | 757 |
| Interest Income | 19,530 |
| Forgiveness of Debt, net | 60,062 |
| Total (Must Agree with Schedule E - Line 4) | 94,456 |

STATE OF NEW YORK BANKING DEPARTMENT
LICENSED CASHERS OF CHECKS ANNUAL REPORT
YEAR ENDING  December 31, 2005

Licensee_____Prima Check Cashing Inc.\ dba: American Check Cashing & Financial Services_____

### Schedule E
### INCOME AND EXPENSE STATEMENT

Location:_____JFK New York, NY_____
For the ____12___month period from ____January_1, 2005__to __December_31, 2005 _____

| | Income | Amount (Nearest Dollar) |
|---|---|---|
| 1. | Total Check Cashing Fees Collected  Consumer (Schedule E 1 a) | 106,512 |
| 2. | Total Check Cashing Fees Collected  Commercial (Schedule E 1 b) | none |
| 3. | EPFT Fees (E 2) | none |
| 4. | Other Income (E 3) | 87,378 |
| | Total Income | 193,890 |

| | Expenses | |
|---|---|---|
| 5. | Salaries - Officers | 8,486 |
| 6. | Salaries - Proprietors & Partners | none |
| 7. | Salaries - Employees | 64,170 |
| 8. | Management Fees | 11,077 |
| 9. | Money Delivery Charges | 1,724 |
| 10. | Bank Service Charges | 13,863 |
| 11. | Insurance & Protection | 16,527 |
| 12. | Interest Paid | 36,032 |
| 13. | Rent | 23,853 |
| 14. | Legal and Professional Fees | 10,695 |
| 15. | Advertising, Dues, etc. | 2,819 |
| 16. | Telephone and Telegraph | 2,888 |
| 17. | Taxes & License Fees | 15,857 |
| 18. | Contributions, Donations and Entertainment | none |
| 19. | Losses | 7,177 |
| 20. | Other Expenses | 107,862 |
| 21. | Total Expenses | 323,030 |
| 22. | Net Profit (Line 4 greater than Line 21) | 0 |
| 23. | Net Loss (Line 21 greater than Line 4) | (129,140) |

### Schedule E 1 a - Check Cashing Fees Collected Consumer

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Licensed Location(s) | 15,733 | 6,990,860 | 106,512 |
| Limited Station(s) | | | |
| Totals | | | |
| | 15,733 | 6,990,860 | 106,512 |

(Total Fees Collected Must agree with Schedule E 1 a - Line 1)

\* includes mobile units

### Schedule E 1 b - Check Cashing Fees Collected Commercial

| Facility | # of Checks Cashed | Dollar Amount | Fees Collected |
|---|---|---|---|
| Regular * Location(s) | | | |
| Limited Station(s) | | | |
| Totals | | | |
| | none | none | none |

(Total Fees Collected Must agree with Schedule E 1 b - Line 2)

\* includes mobile units

### Schedule E 2 - EPFT Fees

| Number of Transactions | Dollar Amount | Fees Collected |
|---|---|---|
| | | none |

(Total Fees Collected Must agree with Schedule E - Line 3)

### Schedule E 3 - Other Income

| Description | Fees Collected |
|---|---|
| Money Order Fees | 3,469 |
| Utility Bill Fees | 204 |
| Lottery Fees | none |
| Money Transmission Fees | 1,589 |
| Metrocard Fees | 404 |
| EBT Fees | none |
| ATM Fees | 1,136 |
| Telephone Fees | none |
| Voice Stream Fees | 3 |
| Phone Card Fees | 839 |
| Parking Ticket Fees | none |
| Cable Fees | 79 |
| Cashpoint Link Fees | none |
| Miscellaneous Fees | 755 |
| Interest Income | 18,834 |
| Forgiveness of Debt, net | 60,066 |
| Total (Must Agree with Schedule E - Line 4) | 87,378 |