```
    8 4,6 1 5 • 0 0 +
    8 4,6 1 5 • 0 0 +
    8 4,6 1 5 • 0 0 +
    8 4,6 1 5 • 0 0 +
    8 4,6 1 5 • 0 0 +
    8 4,6 1 5 • 0 0 +
    8 4,6 1 5 • 0 0 +
    9 4,6 1 5 • 0 0 +
    8 4,6 1 5 • 0 0 +
1,7 5 0,0 0 0 • 0 0 +
    8 4,6 1 5 • 0 0 +
    8 4,6 1 5 • 0 0 +
    8 4,6 1 5 • 0 0 +
    8 4,6 2 0 • 0 0 +
  1 3 0,0 0 0 • 0 0 +
    8 0,0 0 0 • 0 0 +
    8 0,0 0 0 • 0 0 +
    6 0,0 0 0 • 0 0 +
    9 0,0 0 0 • 0 0 +
  1 1 0,0 0 0 • 0 0 +
  2 1 0,3 8 7 • 0 0 +
  2 1 0,3 8 8 • 0 0 +
  1 8 0,3 8 8 • 0 0 +
    3 6,5 3 8 • 0 0 +
    3 6,5 3 8 • 0 0 +
    3 6,5 3 8 • 0 0 +
    3 6,5 3 8 • 0 0 +
    3 6,5 3 8 • 0 0 +
    3 6,5 3 8 • 0 0 +
    3 6,5 3 8 • 0 0 +
    3 6,5 3 8 • 0 0 +
    3 6,5 3 8 • 0 0 +
    3 6,5 3 8 • 0 0 +
    3 6,5 3 8 • 0 0 +
    3 6,5 3 8 • 0 0 +
    3 6,5 3 8 • 0 0 +
0 3 6
4,4 7 6,1 5 7 • 0 0 *
```

This was how
missing funds were
handled.

GOVERNMENT
EXHIBIT
214-B
S1 05 Cr. 1110 (AKH)(D)

639