## Prima Stores & American Armored Terminals

| Store | Address | GX 128, GX 131-B: Fixed Assets Spreadsheet | | | | Other Evidence |
|-------|---------|------|--------|------|--------|----------------|
| | | Year | Amount | Acct | Vendor | |
| Prima #1 | 48 Gramatan Ave., Mount Vernon, NY (1997-present) | 1998<br>1999<br>==============<br>Total = | $94,156.00<br>$26,997.84<br><br>**$121,153.84** | F&F<br>F&F | Pier 42 Construction<br>Pier 42 Construction | Photos:  GX 400, 401<br><br>Aulet:  Moved existing check casher to this location in 1997.  Moved equipment from old store.  Bought a new safe for about $5,000.  Floor and ceiling not changed.  Walls redone, teller area, including steel cage, built by Figari.  Bathroom already existing.  Tr. 117-19.<br><br>Figari:  Figari's labor = $25,000.  Total cost = $50,000.  Former pizza parlor.  Didn't need to do floors or ceilings.  Did steel cage for teller area.  Tr. 1194-1199. |
| Prima #2 | 274 East 198th St., Bronx, NY (1990-present) | 1998<br>1999<br>==============<br>Total = | $92,786.45<br>$28,367.39<br><br>**$121,153.84** | F&F<br>F&F | Pier 42 Construction<br>Pier 42 Construction | Photos:  GX 402, 403<br><br>GX 805:  Purchased 5/6/90 from Castle Check Cashing Corp. for $162,500.<br><br>Aulet:  Existing Prima check cashing store when Aulet hired in 1994.  One of smallest Prima stores.  Some equipment, including microfilm machine, stored in the bathroom.  Only changes were an air conditioner unit for $5,500.  Tr. 119-21.<br><br>Figari:  Figari's labor = $1,500 - $2,000.  Total cost = $4,500.  Existing check cashing store.  Did floor and a closet for an air conditioning unit.  Tr. 1208-1211. |

| Store | Address | GX 128, GX 131-B: Fixed Assets Spreadsheet | | | | Other Evidence | |
|---|---|---|---|---|---|---|---|
| | | Year | Amount | Acct | Vendor | | |
| Prima #3 | 242 South Fulton Ave., Mount Vernon, NY (pre-1994-present) | 1998 1999 ================ Total = | $92,786.45 $28,367.39 **$121,153.84** | F&F F&F | Pier 42 Construction Pier 42 Construction | Photos: | GX 404, 405 |
| | | | | | | Aulet: | Existing Prima check cashing store when Aulet hired in 1994. A couple of air conditioners were installed. Electrical panel replaced. Bullet proof glass and counters replaced twice after robberies in 1998 and 1999. Video cameras added after second robbery. Tr. 121-23. |
| | | | | | | Figari: | Total cost = $40,000. Built by Colasuonnos as check cashing store. Helped Danny Colasuonno put up sheet rock, steel cage, bullet resistant glass, doors, countertops. No formica. Tr. 1211-12. |
| Prima #4 (within Home Office/ American Terminal) | 44 North Saw Mill River Rd., Elmsford, NY (pre-1994-present) | 1998 1999 ================ Total = | $76,800.00 $46,354.18 **$123,154.18** | F&F F&F | Pier 42 Construction Pier 42 Construction | Photos: | GX 406, 407, 408 |
| | | | | | | Aulet: | Built before Aulet started in 1994. No work done on this store while Aulet employed at Prima (left in 2003). Tr. 125-26. |
| | | | | | | Figari: | Figari's labor = $2,000. Total cost = $60,000 - $75,000. Worked on this store around 1996. Did sheetrock on walls and ceilings. Concrete walls instead of steel cage. Store a small area compared to the rest of the ground floor. Tr. 1213-16. |

| Store | Address | GX 128, GX 131-B: Fixed Assets Spreadsheet | | | | Other Evidence |
|---|---|---|---|---|---|---|
| | | Year | Amount | Acct | Vendor | |
| Home Office/ American Armored Terminal | 44 North Saw Mill River Rd., Elmsford, NY (pre-1994-present) | 1999<br>2000<br>2000<br>========<br>Total = | $435,675.00<br>$590,439.00<br>$725,671.00<br><br>$1,751,785.00 | Equip.<br>Equip.<br>Equip. | Pier 42 Construction<br>JKN Construction<br>JKN Construction | Photos:  GX 406<br><br>Figari:  Ground Floor:  Figari's labor = $10,000.  Other parts of ground floor besides check cashing store used for offices, vault, garage, counting rooms.  Did partition walls, sheetrock, ceilings, doors.<br><br>Second floor: Worked on rest of building between 1996 and 2004/2005.  Prima and AAC offices, counting booths.  Between 2003 and 2004, did counting booths, moved offices back and forth.<br><br>Tr. 1216-1219.<br><br>Strebeck:  Ground Floor: Prima check cashing store took up about 500-600 square feet of ground floor (out of about 5000 square feet).  The rest of ground floor used by AAC.<br><br>Second Floor: 2/3 taken up by AAC counting room.  The rest of second floor was office space split between AAC and Prima.<br><br>Tr. 328-333<br><br>Doherty:  Second floor counting room used by AAC, not Prima.<br>Tr. 2050<br><br>Ya Deau:  Check cashing store took up about 1/8 of floor space on first floor.  Everything else on first floor used by AAC.<br>Tr. 2160-62. |
| Prima #5 | 723 Burke Ave., Bronx, NY (1990-present) | 1998<br>1999<br>========<br>Total = | $96,425.53<br>$24,728.31<br><br>$121,153.84 | F&F<br>F&F | Pier 42 Construction<br>Pier 42 Construction | Photos:  GX 409, 410<br><br>GX 805:  Purchased 5/6/90 from Castle Check Cashing Corp. for $162,500.<br><br>Aulet:  Existed before Aulet started in 1994.  Phone lines in bathroom worked on.  Air conditioner refurbished for $5,000.<br>Tr. 126-28. |

| Store | Address | GX 128, GX 131-B: Fixed Assets Spreadsheet | | | | Other Evidence |
|---|---|---|---|---|---|---|
| | | Year | Amount | Acct | Vendor | |
| Prima #6 | 30-09 Astoria Blvd, Queens, NY<br><br>in 2001, moved to<br><br>29-20 Hoyt Ave., Queens, NY (2001-present) | 1998<br>1999<br>================<br>Total = | $86,425.75<br>$34,728.09<br><br>**$121,153.84** | F&F<br>F&F | Pier 42 Construction<br>Pier 42 Construction | GX 806: 30-09 Astoria Boulevard move to 29-20 Hoyt Avenue approved by NYSBD on 7/17/01.<br><br>Aulet: Astoria Blvd moved to Hoyt Ave. around 2000.  Astoria Blvd existed prior to Aulet starting in 1994.  Astoria Blvd "sort of rundown."  At Astoria Blvd location, Aulet installed a couple of air conditioners at $500 apiece.<br>Tr. 128-29.<br><br>Figari: Hoyt Ave.: Did work on it in 2001. Total cost = $60,000.  Total cost including travel agent office = $100,000.  Built out as a check cashing store.  Did floor, bullet proof glass, steel cage, trap doors, airconditioning, electrical.<br>Tr. 1235-38. |
| Prima #7 | 80 West 36th St., New York, NY | | | | | Sold to G&R Check Cashing Corp. in 1998 in connection with purchase from G&R of Prima #12 and #13.<br><br>Aulet: Store sold in 1999.<br>Tr. 129. |
| Prima #8 | 471 Burnside Ave., Inwood, NY<br><br>in 2002/2003, moved to<br><br>480 Rockaway Turnpike, Lawrence, NY (2002/2003-present) | 1998<br>1999<br>2000<br>================<br>Total = | $75,687.00<br>$45,466.84<br>$80,000.00<br><br>**$201,153.84** | F&F<br>F&F<br>LHI | Pier 42 Construction<br>Pier 42 Construction<br>JKN Construction | Aulet: Moved locations.  First location on Burnside Avenue in Inwood, Queens.  Danny Colasuonno and Dave Figari installed a portable air conditioner in this store, which was next to a gas station.  Moved after Aulet left Prima in 2003.<br>Tr. 129-31.<br><br>Figari: 480 Rockaway Turnpike: Total cost = $150,000.<br>Built in 2002/2003.<br>Tr. 1220. |

| Store | Address | GX 128, GX 131-B: Fixed Assets Spreadsheet | | | | Other Evidence |
|-------|---------|------|--------|------|--------|----------------|
| | | Year | Amount | Acct | Vendor | |
| Prima #9 | 289 Lenox Ave., New York, NY (1995-2001)<br><br>moved to<br><br>Temporary Location<br><br>moved to<br><br>302 Lenox Ave., New York, NY (2001-present) | 1999<br>2000<br>===============<br>Total = | $78,750.00<br>$42,403.84<br><br>**$121,153.84** | F&F<br>F&F | Pier 42 Construction<br>JKN Construction | GX 811: 290 Lenox Ave., NY, NY purchased from Rico Check Cashing Corp. on 11/1/95 for $350,000.<br><br>GX 809: NYSBD examiner recommends approving move from 289 Lenox Ave. to 302 Lenox Ave. on 1/11/01.<br><br>Aulet: Moved twice. First location existed before Aulet started in 1994. "Completely run down." Towards the end of 1998 it moved across the street to a temporary location. Stayed there for about 1 year. Aulet participated in move from first to the temporary location. Moved everything but the safe. Dave Figari built the temporary store. Just plywood and sheet rock. No steel. In around 2000, moved to third, final location. Built from scratch. Figari main person responsible for building it. Equipment moved from temporary store to third location. Tr. 131-32; 143-47.<br><br>Figari: Final location: Figari = 25,000. Total Cost = 75,000. Moved twice. Second location temporary. Final location moved to in 2000. Tr. 1235, 1238-40. |
| Prima #10 | 544 East Fordham Rd., Bronx, NY (1997-present) | 1999<br>1999<br>2000<br>===============<br>Total = | $98,645.25<br>$26,508.59<br>$16,843.14<br><br>**$201,153.84** | F&F<br>F&F<br>LHI | Pier 42 Construction<br>JKN Construction<br>JKN Construction | Photos: GX 411, 412<br><br>Aulet: Built in 1997/1998 by Figari. Two cameras, $1,000 each. 3 teller booths added later. New sign added after Aulet left Prima in 2003. Tr. 148, 152-55. |
| Prima #11 | 1740 1st Ave. (at 90th St.), New York, NY | 1999<br>2000<br>2000<br>===============<br>Total = | $91,544.00<br>$29,609.84<br>$110,000.00<br><br>**$231,153.84** | F&F<br>F&F<br>LHI | Pier 42 Construction<br>JKN Construction<br>JKN Construction | Photos: GX 413, 414, 415<br><br>Aulet: Built in about 1999 by Figari. No further construction work. Aulet installed an air conditioner in 1999 for $6,000. Counters made of Formica over particle board, not marble. Tr. 147-51. |

| Store | Address | GX 128, GX 131-B: Fixed Assets Spreadsheet | | | | Other Evidence | |
|---|---|---|---|---|---|---|---|
| | | Year | Amount | Acct | Vendor | | |
| Prima #12 | 94 East 161st St., Bronx, NY (1998-present) | 1999<br>2000<br>2000<br>================<br>Total = | $84,678.89<br>$36,474.95<br>$210,387.57<br><br>**$331,541.41** | F&F<br>F&F<br>LHI | Pier 42 Construction<br>JKN Construction<br>JKN Construction | Photos:<br><br>GX 2501:<br><br>Aulet: | GX 416, 417, 418<br><br>Purchased from G&R Check Cashing Corp. in January 1998.<br><br>Bought as existing C/C store around 1999.  Glass pane replaced for $500.  Some piping replaced in the bathroom.  Used computers installed (originally cost $900).<br>Tr. 156-57, 161. |
| Prima #13 | 1801 University Ave., Bronx, NY (1998-present) | 1999<br>2000<br>================<br>Total = | $78,654.00<br>$42,499.84<br><br>**$121,153.84** | F&F<br>F&F | Pier 42 Construction<br>JKN Construction | Photos:<br><br>GX 2501:<br><br>Aulet: | GX 419, 420<br><br>Purchased from G&R Check Cashing Corp. in January 1998.<br><br>Bought as existing C/C, not built, around 1999.  Exterior window glass replaced a couple of times.  Put in air conditioning unit for about $6,000.  Put up two fans.<br>Tr. 157-63. |
| Prima #14 | 52-41 Van Dam St., Long Island City, NY (1999-present) | 2000<br>================<br>Total = | $180,387.57<br><br>**$180,387.57** | LHI | JKN Construction | Photos:<br><br>GX 2500:<br><br>Aulet:<br><br>Figari: | 421, 422, 423<br><br>Purchased 8/4/99 from GNC Check Cashing, Inc. for $412,000.<br><br>Bought as existing C/C store in 1999.  No changes after Prima bought it.<br>Tr. 165-67.<br><br>Figari's labor = $150-$200 (maybe).  This looked like a shipping container.  Adjusted door, but didn't know if even charged for it.<br>Tr. 1207-08. |

| Store | Address | GX 128, GX 131-B: Fixed Assets Spreadsheet | | | | Other Evidence |
|---|---|---|---|---|---|---|
| | | Year | Amount | Acct | Vendor | |
| Prima #15 (in American Armored Terminal) | JFK International Airport<br><br>Building 110<br><br>     in 2003, moved to<br><br>Building 14<br>(2003-present) | 2000 | $84,545.00<br>================<br>Total = **$84,545.00** | F&F | JKN Construction | Photo:  GX 426<br><br>Aulet:  Check cashing store moved locations at JFK after Aulet left Prima in 2003.  First location opened in around 2000.  Built as part of larger American Armored terminal.  No changes to the first JFK store after it was built. Tr. 163-65.<br><br>Figari:  Moved location once.  First location built in 1999.  Check cashing store about 40 ft. x 20 ft.  Armored car terminal about 5-6 times bigger.<br><br>First location: Figari's labor for check cashing store and armored car terminal combined = $10,000.  Total cost for check cashing store = $25,000 - $45,000.  Bulk of construction was done for armored car terminal, not check cashing store.<br><br>Tr. 1225-29; 1249-55.<br><br>Strebeck:  5000 square foot warehouse-type location.  Prima check cashing store took up only 300 square feet.  The rest used by AAC. Tr. 333-337. |