

# Ambrose & Savolskis LLP
### CERTIFIED PUBLIC ACCOUNTANTS

## FAX TRANSMISSION SHEET



GOVERNMENT EXHIBIT 131-B
S1 05 Cr. 1110 (AKH) (ID)

TO: MICHAEL DVPNAK          DATE: 7/9/02

COMPANY: JP MORGAN CHASE BANK     FAX: 212 552 8024

FROM: DAVID AMBROSE          PAGES: 3

MESSAGE:
SCHEDULE OF FIXED ASSETS PREPARED BY PRIMA CHECK CASHING INC.

[ ]   The original of this transmitted document will be sent by
      [ ] Federal express (overnight)
      [ ] Ordinary mail
      [ ] Messenger service

[✓]   This will be the only form of delivery of the transmitted document

#### Confidentiality Note
The document accompanying this fax transmission contains information from the accounting firm of Ambrose & Savolskis LLP which is confidential, and or legally privileged. The information is intended only for the use of the individual or entity named on the fax transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this faxed information is strictly prohibited and that the document should be returned to this firm immediately. In this regard, if you have received this fax in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at no cost to you.

**CONFIDENTIAL**
**JPMC 022542**

Jul. 9. 2002 2:51PM  NDING ROAD, RED BANK, NJ 07701  TELEPHONE: 732-741-4999  FAX: 732-74  No. 3107  P. 1

JUN.20. 2002 11:02AM                                                                 No.1654   P. 1

| Acct # | Account | Location | Amount | 1998 | 1999 | 2000 | Vendor |
|---|---|---|---|---|---|---|---|
| 1050-01 | F & F | Prima #1 | 94,156.00 | 94,156.00 | 26,997.84 | | Pier 42 Construction |
| | | | 26,997.84 | | | | Pier 42 Construction |
| | | | 121,153.84 | | | | |
| 1050-02 | F & F | Prima #2 | 82,786.45 | 82,786.45 | 28,367.39 | | Pier 42 Construction |
| | | | 28,367.39 | | | | Pier 42 Construction |
| | | | 121,153.84 | | | | |
| 1050-03 | F & F | Prima #3 | 92,786.45 | 92,786.45 | 28,367.39 | | Pier 42 Construction |
| | | | 28,367.39 | | | | Pier 42 Construction |
| | | | 121,153.84 | | | | |
| 1050-04 | F & F | Prima #4 | 76,800.00 | 76,800.00 | 46,354.18 | | Pier 42 Construction |
| | | | 46,354.18 | | | | Pier 42 Construction |
| | | | 123,154.18 | | | | |
| 1050-05 | F & F | Prima #5 | 96,425.53 | 96,425.53 | 24,728.31 | | Pier 42 Construction |
| | | | 24,728.31 | | | | Pier 42 Construction |
| | | | 121,153.84 | | | | |
| 1050-06 | F & F | Prima #6 | 86,425.75 | 86,425.75 | 34,728.09 | | Pier 42 Construction |
| | | | 34,728.09 | | | | Pier 42 Construction |
| | | | 121,153.84 | | | | |
| 1050-08 | F & F | Prima #8 | 75,687.00 | 75,687.00 | 45,466.84 | | Pier 42 Construction |
| | | | 45,466.84 | | | | Pier 42 Construction |
| | | | 121,153.84 | | | | |
| 1050-09 | F & F | Prima #9 | 78,750.00 | - | 78,750.00 | 42,403.84 | Pier 42 Construction |
| | | | 42,403.84 | | | | JKN Construction |
| | | | 121,153.84 | | | | |
| 1050-10 | F & F | Prima #10 | 98,645.25 | - | 98,645.25 | 26,508.59 | Pier 42 Construction |
| | | | 26,508.59 | | | | JKN Construction |
| | | | 125,153.84 | | | | |
| 1050-11 | F & F | Prima #11 | 91,544.00 | - | 91,544.00 | 29,609.84 | Pier 42 Construction |
| | | | 29,609.84 | | | | JKN Construction |
| | | | 121,153.84 | | | | |

CONFIDENTIAL
JPMC 022543

Jul. 9. 2002 2:52PM    No.3107  P. 2

| Acct # | Account | Location | Amount | 1998 | 1999 | 2000 | Vendor |
|---|---|---|---|---|---|---|---|
| 1050-12 | F & F | Prima #12 | 84,678.89 | | 84,678.89 | | Pier 42 Construction |
| | | | 36,474.95 | | | 36,474.95 | JKN Construction |
| 1050-13 | F & F | Prima #13 | 78,654.00 | | 78,654.00 | | Pier 42 Construction |
| | | | 42,499.84 | | | 42,499.84 | JKN Construction |
| | | | 121,153.84 | | | | |
| 1050-15 | F & F | Prima #15 | 84,545.00 | | | 84,545.00 | JKN Construction |
| 1052-21 | Equipment | H.O. | 435,676.00 | | 435,676.00 | | Pier 42 Construction |
| | | | 590,439.00 | | | 590,439.00 | JKN Construction |
| | | | 725,671.00 | | | 725,671.00 | JKN Construction |
| | | | 1,751,786.00 | | | 1,316,110.00 | |
| 1056-08 | L.H.I. | Prima #9 | 80,000.00 | | | 80,000.00 | JKN Construction |
| | | | 80,000.00 | | | 80,000.00 | |
| 1056-10 | L.H.I. | Prima #10 | 16,843.14 | | | 16,843.14 | JKN Construction |
| | | | 16,843.14 | | | 16,843.14 | |
| 1056-11 | L.H.I. | Prima #11 | 110,000.00 | | | 110,000.00 | JKN Construction |
| | | | 110,000.00 | | | 110,000.00 | |
| 1056-12 | L.H.I. | Prima #12 | 210,387.57 | | | 210,387.57 | JKN Construction |
| | | | 210,387.57 | | | 210,387.57 | |
| 1056-14 | L.H.I. | Prima #14 | 180,387.57 | | | 180,387.57 | JKN Construction |
| | | | 180,387.57 | | | 180,387.57 | |
| **TOTALS:** | | | **3,893,794.70** | **615,067.18** | **1,102,957.16** | **2,175,770.34** | |

Note: The items noted were originally booked in error to Exchanges Accounts and Intercompany Accounts. Upon review of these accounts adjustments were made accordingly.

The expenditures noted for Pier 42 and JKN Construction were for demolition, design, construction, installation of various furniture and fixtures, equipment and leasehold improvements.

CONFIDENTIAL
JPMC 022544