November 26, 2007

Honorable Alvin Hellerstein
500 Pearl Street
New York, NY

RE: Dominick Colasuonno

Dear Honorable Hellerstein,

07 CR. 555
05 CR 1110

I hope this letter finds you well.

Your Honor, I am requesting that if at all possible if you reevalutate my sentence. I am been incarcerated for approximatley two months with approximatley ninety percent of the inmates being of drug related crimes. Prison life breeds laziness, there is no productivity here at all, most of the inmates actually enjoy doing nothing all day long. For me it brings a sense of waste in everyday life, not being able to provide for my wife and children leaves a deep void and guilt in my heart.

I, as well as other white collar offenders would be much better served by home confinement. That would force us to work and repay our debt to society for our crimes; at the same time taking away our everyday ability to freedom.

I am not sure if you are aware of this, but my brother's and I have submitted amended personal Tax returns to the IRS that takes the entire income figure and applies it to us personally. We are awaiting official word from the IRS, if this is acceptable. From the response we have heard thus far it would be a great solution. What in essence it does is give the goverment approximatley double the original restitution amount by taxing us at 30% personal income, rather than the 15% FICA tax.

I know you showed a great deal of compassion to my brother Philip, in granting him home confinement. Your Honor, my wife and children are about to loose the roof over there heads and not sure what the next step will be. Your Honor, if you were to afford me the same compassion as you did my brother I would be able to save my family additional hardship as well as be able to start paying Taxes again.

I know you are a fair and decent man, for this I respectfully request that you please take this into serious consideration and re-evaluate my sentence.

Respectfully Requested,

Dominick Colasuonno
57863-054
Federal Correctional Institution
PO Box 1000
Morgantown, WV 26507-1000

cc: Michael G. Dowd, Esq

[Handwritten annotation: The motion is denied. This is a district judge's jurisdiction. See 18 U.S.C. §3582. 11-30-07]